**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  E-Mail: Reuben.Jacobson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.438.6612
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
  E-Mail: Jeffrey.Ranen@lewisbrisbois.com
CHRIS CROCKETT, SB# 281388
  E-Mail: Chris.Crockett@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, ATRIA SENIOR LIVING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS CARNES, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>ATRIA SENIOR LIVING, INC., and DOES 1 through 100,<br><br>             Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES AND SUBMISSION OF DISCOVERY PLAN**<br><br>Judge:      Hon. Vince Chhabria<br>Trial Date:  None Set<br><br>[Civil L.R. 6-1(a)] |

Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to extend the time for exchanging initial disclosures. Under Fed. R. Civ. P. 26(a)(1), the parties must make their initial disclosures and submit a written report outlining their proposed discovery plan within 14 days after holding their Rule 26(f) conference, "unless a different time is set by

1 stipulation or court order." The parties held their Rule 26(f) conference on August 20, 2104, and
2 stipulated that they would make their initial disclosures and submit their proposed discovery plan
3 on September 17, 2014.  This stipulation will not alter the date of any event or any deadline
4 already fixed by Court order.

5 **IT IS SO STIPULATED.**

6 DATED: August 27, 2014     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

8 By: _____/s/ Jeffrey S. Ranen_____
9      Jeffrey S. Ranen
       Attorneys for Defendant,
10     ATRIA SENIOR LIVING, INC.

11 DATED: August 27, 2014     **STEBNER & ASSOCIATES**

13 By: _____/s/ Kathryn A. Stebner_____
14     Kathryn A. Stebner
       Class Counsel for Plaintiffs,
15     THOMAS CARNES

17 <u>**DECLARATION OF CONSENT**</u>

18     I, JEFFREY S. RANEN, hereby declare pursuant to General Order 45, § X(B), that I have
19 obtained concurrence in the filing of this document from Kathryn A. Stebner.
20     I declare under penalty of perjury that the foregoing is true and correct.
21     Executed on August 27, 2014, in the City of Los Angeles, California.

22 By: _____/s/ Jeffrey S. Ranen_____
23     Jeffrey S. Ranen



1. **[PROPOSED] ORDER**
2. PURSUANT TO STIPULATION, **IT IS SO ORDERED**.
3.
4. DATED: September 3, 2014
5.
   Honorable Vince Chhabria
   United States District Judge



**UNITED STATES DISTRICT COURT PROOF OF SERVICE**
**Thomas Carnes v. Atria Senior Living, Inc.**
CAND Case No.: 3:14-cv-02727-VC
Assigned to: The Hon. Vince Chhabria
Client/Matter: 27185.95

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On **August 27, 2014**, I served the following document described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES AND SUBMISSION OF DISCOVERY PLAN** on the following persons at the following address:

SEE ATTACHED LIST

**BY ECF SYSTEM**

By filing the document(s) listed above on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system. For individuals not registered with the ECF system, I have placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 27, 2014**, at Los Angeles, California.

/s/ Jeffrey S. Ranen
Jeffrey S. Ranen

4842-0581-2253.1                                                3:14-cv-02727-VC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES AND SUBMISSION OF DISCOVERY PLAN

## SERVICE LIST

| | |
|---|---|
| Kathryn A. Stebner<br>STEBNER AND ASSOCIATES<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102<br>(415) 362-9800 | Via ECF System |
| Michael D. Thamer<br>LAW OFFICES OF MICHAEL D. THAMER<br>Old Callahan School House<br>12444 South Highway 3<br>Callahan, CA 96014-1568<br>(530) 467-5307 | Via U.S. Mail |
| Robert S. Arns<br>THE ARNS LAW FIRM<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>(415) 495-7800 | Via ECF System |
| Guy B. Wallace<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94102<br>(415) 421-7100 | Via ECF System |
| W. Timothy Needham<br>JANSSEN MALLOY LLP<br>730 Fifth Street<br>Eureka, CA 95501<br>(707) 445-2071 | Via U.S. Mail |