Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, CA 94102
Tel: (415) 421-7100
Fax: (415) 421-7105

Michael D. Thamer, State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

W. Timothy Needham, State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

Robert S. Arns, State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

Christopher J. Healey, State Bar No. 105798
**McKENNA LONG & ALDRIDGE, LLP**
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
Telephone No.: 619.235.3491
Facsimile No.: 619.645.5328

Attorneys for Plaintiff and the proposed Class

*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thomas Carnes, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Atria Senior Living, Inc. and Does 1 Through 100,<br><br>Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE FOR BRIEFING PERTAINING TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Vince Chhabria |

STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC

1   Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to
2 extend the time for filing briefings pertaining to Defendant's Motion to Dismiss Plaintiff's First
3 Amended Class Action Complaint.

4   **WHEREAS,** under Local Rule 7-3(a), an opposition to a motion "must be filed and served
5 not more than 14 days after the motion was filed";

6   **WHEREAS,** under Local Rule 7-3(c), "[t]he reply to an opposition must be filed and
7 served not more than 7 days after the opposition was due";

8   **WHEREAS**, the Defendant filed its Motion to Dismiss Plaintiff's First Amended Class
9 Action Complaint ("Defendant's Motion") on September 11, 2014;

10   **WHEREAS**, the current deadline for Plaintiff to file his brief in opposition of Defendant's
11 Motion is September 25, 2014;

12   **WHEREAS**, the current deadline for Defendant to file a reply to Plaintiff's opposition is
13 October 2, 2014;

14   **WHEREAS,** the hearing on Defendant's Motion is scheduled to occur on November 6,
15 2014;

16   **WHEREAS,** the Parties, upon meeting and conferring, have agreed to modify the briefing
17 schedule pertaining to Defendant's Motion;

18   **WHEREAS,** the Parties' stipulation will not alter the date of any event or any deadline
19 already fixed by Court order;

20   **NOW THEREFORE, THE PARTIES STIPULATE THAT:**

21   1.   The deadline for Plaintiff to file his brief in opposition of Defendant's Motion will
22 be extended by 7 days from September 25, 2014, to October 2, 2014.

23   2.   The deadline for Defendant to file its reply to Plaintiff's opposition will be extended
24 by 7 days from October 2, 2014, to October 9, 2014.

25   3.   The date of the hearing on Defendant's Motion will remain November 6, 2014.

26   **IT IS SO STIPULATED.**

27

28

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC

Respectfully submitted,

DATED:  September 23, 2014

STEBNER AND ASSOCIATES

/s/ Kathryn A. Stebner
Kathryn A. Stebner
Attorneys for Plaintiff and the proposed Class

DATED:  September 23, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Attorneys for Defendant

## **DECLARATION OF CONSENT**

I, Kathryn A. Stebner, hereby declare pursuant to General Order 45, § X(B), that I have obtained concurrence in the filing of this document from Jeffrey S. Ranen.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2014, in the City of San Francisco, California.

/s/ Kathryn A. Stebner
Kathryn A. Stebner

## ~~[PROPOSED]~~ **ORDER**

Pursuant to the Stipulation, **IT IS SO ORDERED.**

Dated: September 24, 2014

Honorable Vince Chhabria
United States District Judge

---

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE
*Carnes v. Atria Senior Living, Inc.*, Case No.  3:14-cv-02727-VC