**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  E-Mail: Reuben.Jacobson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.438.6612
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
  E-Mail: Jeffrey.Ranen@lewisbrisbois.com
CHRIS CROCKETT, SB# 281388
  E-Mail: Chris.Crockett@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, ATRIA SENIOR LIVING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS CARNES, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>ATRIA SENIOR LIVING, INC., and DOES 1 through 100,<br><br>        Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Judge:        Hon. Vince Chhabria<br>Trial Date:   None Set<br><br>[Civil L.R. 6-1(a)] |

Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to extend the time for Defendant's deadline to file an opposition to Plaintiff's Motion for Appointment of Guardian Ad Litem as follow:

/ / /

/ / /

1  Plaintiff filed his Motion for Appointment of Juliana Christine Clegg as Guardian Ad
2  Litem on June 12, 2014. The current deadline for Defendant to file its brief in opposition of
3  Plaintiff's Motion is September 23, 2014. The Parties, upon meeting and conferring, have agreed
4  to modify the deadline for Defendant's Opposition. The Parties' stipulation will not alter the date
5  of any event or any deadline already fixed by Court order. Now, the parties stipulate that the
6  deadline for Defendant to file his Opposition to Plaintiff's Motion will be extended by 7 days from
7  September 23, 2014, to September 30, 2014.

**IT IS SO STIPULATED.**

DATED: September 23, 2014            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Attorneys for Defendant,
ATRIA SENIOR LIVING, INC.

DATED: September 23, 2014            **STEBNER & ASSOCIATES**

By:  /s/ Kathryn A. Stebner
Kathryn A. Stebner
Attorneys for Plaintiffs and the proposed Class,
THOMAS CARNES

### DECLARATION OF CONSENT

I, JEFFREY S. RANEN, hereby declare pursuant to General Order 45, § X(B), that I have obtained concurrence in the filing of this document from Kathryn A. Stebner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2014, in the City of Los Angeles, California.

By:  /s/ Jeffrey S. Ranen
Jeffrey S. Ranen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: September 26, 2014

_____
Honorable Vince Chhabria
United States District Judge

