Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, CA 94102
Tel: (415) 421-7100
Fax: (415) 421-7105

Michael D. Thamer, State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

W. Timothy Needham, State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel:   (707) 445-2071
Fax:   (707) 445-8305

Robert S. Arns, State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

Christopher J. Healey, State Bar No. 105798
**McKENNA LONG & ALDRIDGE, LLP**
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
Telephone No.: 619.235.3491
Facsimile No.: 619.645.5328

Attorneys for Plaintiff and the proposed Class

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Carnes, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Atria Senior Living, Inc. and Does 1 Through 100,<br><br>Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEENDANT'S RESPONSIVE PLEADING**<br><br>Judge: Hon. Vince Chhabria |

STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC

1    **WHEREAS,** plaintiff filed his Class Action Complaint in this Court on June 12, 2014;

2    **WHEREAS,** plaintiff filed his First Amended Class Action Complaint in this Court on
3    August 7, 2014;

4    **WHEREAS,** on August 27, 2014, the parties stipulated to extend the deadline for
5    defendant to respond to plaintiff's First Amended Complaint to September 11, 2014;

6    **WHEREAS,** on September 11, 2014, defendant filed its Motion to Dismiss plaintiff's First
7    Amended Complaint with a hearing date of November 6, 2014;

8    **WHEREAS,** hearing was held on defendant's Motion to Dismiss plaintiff's First Amended
9    Complaint on November 6, 2014 and the Court issued an Order Granting Defendant's Motion to
10   Dismiss the First Amended Complaint with leave to amend within 21 days of the date of the order,
11   or November 27, 2014;

12   **WHEREAS,** the Parties, upon meeting and conferring, and in the interest of convenience
13   and fairness to the parties and the Court, have agreed to a revised pleading schedule to
14   accommodate the upcoming Thanksgiving holiday, and have agreed that plaintiff shall have an
15   additional two weeks in which to file his Second Amended Complaint so that the Second Amended
16   Complaint shall now be filed on December 11, 2014; and

17   **WHEREAS,** the Parties have further agreed that defendant shall also have an additional
18   two weeks in which to file its responsive pleading to January 15, 2015.

19   **NOW THEREFORE, THE PARTIES STIPULATE THAT:**

20   1.   The deadline for Plaintiff to file his Second Amended Complaint will be extended
21   by 14 days to December 11, 2014.

22   2.   The deadline for Defendant to file its responsive pleading to Plaintiff's Second
23   Amended Complaint will be extended by 14 days to January 15, 2014.

24   / / / /
25   / / / /
26   / / / /
27

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S
SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 10, 2014

STEBNER AND ASSOCIATES

/s/ Kathryn A. Stebner
Kathryn A. Stebner
Attorneys for Plaintiff and the proposed Class

DATED: November 10, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Katherine DenBleyker
Katherine DenBleyker
Attorneys for Defendant

### DECLARATION OF CONSENT

I, Kathryn A. Stebner, hereby declare pursuant to General Order 45, § X(B), that I have obtained concurrence in the filing of this document from Katherine DenBleyker. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2014, in the City of San Francisco, California.

/s/ Kathryn A. Stebner
Kathryn A. Stebner

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation, **IT IS SO ORDERED.**

Dated: November 12, 2014

Honorable Vince Chhabria
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC