| | |
|---|---|
| Kathryn A. Stebner, State Bar No. 121088<br>Sarah Colby, State Bar No. 194475<br>George Kawamoto, State Bar No. 280358<br>**STEBNER AND ASSOCIATES**<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102<br>Tel: (415) 362-9800<br>Fax: (415) 362-9801 | Guy B. Wallace, State Bar No. 176151<br>Mark T. Johnson, State Bar No. 76904<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94102<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105 |
| Michael D. Thamer, State Bar No. 101440<br>**LAW OFFICES OF MICHAEL D. THAMER**<br>Old Callahan School House<br>12444 South Highway 3<br>Post Office Box 1568<br>Callahan, California 96014-1568<br>Tel: (530) 467-5307<br>Fax: (530) 467-5437 | W. Timothy Needham, State Bar No. 96542<br>**JANSSEN MALLOY LLP**<br>730 Fifth Street<br>Eureka, CA 95501<br>Tel: (707) 445-2071<br>Fax: (707) 445-8305 |
| Robert S. Arns, State Bar No. 65071<br>**THE ARNS LAW FIRM**<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Tel: (415) 495-7800<br>Fax: (415) 495-7888 | Christopher J. Healey, State Bar No. 105798<br>**McKENNA LONG & ALDRIDGE, LLP**<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101-3372<br>Telephone No.: 619.235.3491<br>Facsimile No.: 619.645.5328 |

Attorneys for Plaintiff and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thomas Carnes, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Atria Senior Living, Inc. and Does 1 Through 100,<br><br>Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Vince Chhabria<br><br>CMC: December 16, 2014, 10:00 a.m. |

STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC

## STIPULATION

The Parties hereby provide notice of their stipulation to reset the Case Management Conference, currently scheduled for December 16, 2014, at 10:00 a.m.

**WHEREAS,** the Initial Case Management Conference in this case was initially set for September 10, 2014, with Magistrate Judge Donna M. Ryu;

**WHEREAS,** this case was reassigned to the Honorable Vince Chhabria on July 29, 2014, and the Initial Case Management Conference was reset *sua sponte* to September 30, 2014;

**WHEREAS,** on September 11, 2014, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint;

**WHEREAS,** on September 11, 2014, this Court reset the Case Management Conference *sua sponte* to November 25, 2014;

**WHEREAS,** on November 6, 2014, this Court granted Defendants' motion to dismiss Plaintiff's First Amended Complaint with leave to amend;

**WHEREAS,** on November 7, 2014, this Court reset the Case Management Conference *sua sponte* to December 16, 2014;

**WHEREAS,** on November 12, 2014, this Court granted the Parties' stipulated request to extend the deadline for Plaintiff to file his Second Amended Complaint to December 11, 2014;

**WHEREAS,** under the Standing Order for Civil Cases Before Judge Vince Chhabria, a request to continue a case management conference must be made no later than seven days prior to the scheduled appearance,

**WHEREAS,** the Parties, upon meeting and conferring, have agreed to reset the Case Management Conference currently set for December 16, 2014, to January 20, 2015, in light of the fact that Plaintiff will file his Second Amended Complaint on or before December 11, 2014;

**NOW THEREFORE,** the Parties, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. The Case Management Conference set for December 16, 2014, at 10:00 a.m., should be reset to January 20, 2015, or a later date pursuant to the Court's availability; and

2. The parties shall file a Joint Case Management Statement on or before January 13, 2015.

**IT IS SO STIPULATED.**

DATED: December 4, 2014

        STEBNER AND ASSOCIATES

        /s/ Kathryn Stebner
        Kathryn A. Stebner
        Attorneys for Plaintiff and the proposed Class

DATED: December 4, 2014

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        /s/ Reuben Jacobson
        Reuben Jacobson
        Attorneys for Defendant

**DECLARATION OF CONSENT**

I, Kathryn A. Stebner, hereby declare, pursuant to the Northern District of California Civil Local Rule 5-1(i)(3), that I have obtained concurrence in the filing of this document from Reuben Jacobson. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2014, in the City of San Francisco, California.

        /s/ Kathryn Stebner
        Kathryn A. Stebner

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2014

Honorable Vince Chhabria
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE
*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC