United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATRIA SENIOR LIVING, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-02727-VC<br><br>**ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Re: Dkt. No. 2 |

Plaintiff Thomas Carnes seeks the appointment of his daughter, Juliana Christine Clegg, as guardian ad litem. Carnes, who is 83 years old, suffers from dementia, limiting his ability to actively participate in this suit. Clegg Decl. ¶¶ 3–5. It therefore appears to the Court that appointment of a guardian ad litem is appropriate and necessary to protect Carnes' interests in this litigation. *See* Fed. R. Civ. P. 17(c). Accordingly, Carnes' unopposed motion to appoint Ms. Clegg as his guardian ad litem is granted.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____

VINCE CHHABRIA
United States District Judge