**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  E-Mail: Reuben.Jacobson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.438.6612
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
  E-Mail: Jeffrey.Ranen@lewisbrisbois.com
KATHERINE DEN BLEYKER, SB# 257187
  E-Mail: Katherine.DenBleyker@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, ATRIA SENIOR LIVING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS CARNES, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATRIA SENIOR LIVING, INC., and DOES 1 through 100,<br><br>Defendants. | CASE NO. 3:14-cv-02727-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>Old Date:          January 20, 2015<br>Proposed<br>New Date:      February 19, 2015<br>Time:                10:00 a.m.<br>Place:               Courtroom 4-17th Floor<br><br>Judge:              Hon. Vince Chhabria<br>Trial Date:        None Set |

Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to continue the Case Management Conference currently set for January 20, 2015.

1  **WHEREAS**, Plaintiff filed his Class Action Complaint in this matter on June 12, 2014;

3  **WHEREAS**, Plaintiff filed his First Amended Class Action Complaint in this matter on August 7, 2014;

5  **WHEREAS**, Defendant timely filed its Motion to Dismiss Plaintiff's First Amended Class Action Complaint in this matter on September 11, 2014;

7  **WHEREAS**, a hearing was held on Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint on November 6, 2014.  The Court granted Defendant's Motion to Dismiss, giving Plaintiff leave to amend;

10  **WHEREAS**, on November 10, 2014, the parties stipulated to continue the deadline for Plaintiff to file his Second Amended Complaint ("SAC") and the deadline for Defendant to respond to the SAC.  On November 12, 2014, the Court granted the parties' stipulation, giving Plaintiff until December 11, 2014 to file his SAC, and giving Defendant until January 15, 2015 to file its response to the SAC;

15  **WHEREAS**, on December 5, 2014, the Court granted the parties stipulation to reset the Case Management Conference to January 20, 2015;

17  **WHEREAS**, on December 11, 2014, Plaintiff filed his SAC;

18  **WHEREAS**, Defendant anticipates filing a Motion to Dismiss the SAC, set to be heard on February 19, 2015;

20  **WHEREAS,** given the pending Motion practice on the pleadings, the Parties, upon meeting and conferring, have agreed that pleadings issues should be resolved prior to the Case Management Conference.  Accordingly, the Parties have agreed that good cause exists to continue the Case Management Conference from January 20, 2015 to and including February 19, 2015 at 10:00 a.m.  The Parties have further agreed that good cause exists to continue to the deadline to submit a Joint Case Management Conference Report to February 12, 2015.

27  / / /

28  / / /

4818-6001-5905.2



**NOW THEREFORE, THE PARTIES STIPULATE THAT:**

1. The Case Management Conference previously set for January 20, 2015 shall be continued to February 19, 2015 at 10:00 a.m.

2. The Parties shall file a Joint Case Management Conference Report on or before February 12, 2015.

**IT IS SO STIPULATED.**

DATED: January 6, 2015        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    /s/ Katherine Den Bleyker
       Jeffrey S. Ranen
       Reuben B. Jacobson
       Katherine Den Bleyker
       Attorneys for Defendant, ATRIA SENIOR LIVING, INC.

DATED: January 6, 2015        **STEBNER & ASSOCIATES**

By:    /s/ Kathryn A. Stebner
       Kathryn A. Stebner
       Attorneys for Plaintiffs and the proposed Class, THOMAS CARNES

**DECLARATION OF CONSENT**

I, Katherine Den Bleyker, hereby declare, pursuant to the Northern District of California Civil Local Rule 5-1(i)(3), that I have obtained concurrence in the filing of this document from Kathryn Stebner. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2015, in the City of Los Angeles, California.

   /s/ Katherine Den Bleyker
   Katherine Den Bleyker

1  [~~PROPOSED~~] ORDER  AS MODIFIED

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO
3  ORDERED. THE CASE MANAGEMENT CONFERENCE STATEMENT
4  SHALL BE DUE ON __March 3_____, 2015.  THE CASE
5  MANAGEMENT CONFERENCE SHALL BE HELD ON
6  __March 10_____, 2015 AT __10:00 a.m.__ .

8  DATED: __January 8, 2015_____

   _____
   Honorable Vince [Chhabria]
   United States District [Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

# FEDERAL COURT PROOF OF SERVICE

CARNES v. ATRIA SENIOR LIVING - File No. 27185.95

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 6, 2015, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Kathryn A. Stebner, Esq.<br>Kathryn@stebnerassociates.com<br>Sarah Colby, Esq.<br>Sarah@stebnerassociates.com<br>George Kawamoto, Esq.<br>George@stebnerassociates.com<br>STEBNER & ASSOCIATES<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102<br>*Attorney for Plaintiff and the proposed Class* | Michael D. Thamer, Esq.<br>mthamer@trinityinstitute.com<br>LAW OFFICES OF MICHAEL D. THAMER<br>Old Callahan School House<br>12444 South Highway 3<br>Post Office Box 1568<br>Callahan, CA 96014-1568<br>*Attorney for Plaintiff and the proposed Class* |
| W. Timothy Needham, Esq.<br>tneedham@janssenlaw.com<br>JANSSEN MALLOY LLP<br>730 Fifth Street<br>Eureka, CA 95501<br>*Attorney for Plaintiff and the proposed Class* | Robert S. Arns, Esq.<br>rsa@arnslaw.com<br>THE ARNS LAW FIRM<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>*Attorney for Plaintiff and the proposed Class* |
| Guy B. Wallace, Esq.<br>gwallace@schneiderwallace.com<br>Mark T. Johnson Esq.<br>mjohnson@schnedierwallace.com<br>SCHNEIDER, WALLACE, COTTRELL & KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94102<br>*Attorney for Plaintiff and the proposed Class* | Christopher J. Healey, Esq.<br>chealey@mckennalong.com<br>Aaron T. Winn, Esq.<br>awinn@mckennalong.com<br>McKENNA LONG & ALDRIDGE, LLP<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101-3372<br>*Attorney for Plaintiff and the proposed Class* |



4818-6001-5905.2                                                                                                  3:14-cv-02727-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  The documents were served by the following means:

2  ☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

3  

4  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

5  Executed on January 6, 2015, at Los Angeles, California.

6  

7  

8  _____/s/ Melinda Timms_____
   Melinda Timms

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



4818-6001-5905.2                                                             3:14-cv-02727-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE