UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARNES,<br><br>            Plaintiff,<br><br>      v.<br><br>ATRIA SENIOR LIVING, INC.,<br><br>            Defendant. | Case No. 14-cv-02727-VC<br><br>**ORDER RE ESI PROTOCOL AND DISCOVERY REFERRAL REQUEST**<br><br>Re: Dkt. Nos. 71, 72 |

The proposed ESI protocol is approved. The request to refer the case to Judge Spero for discovery purposes is denied. See the Court's Standing Order for Civil Cases, which is available on the Court's webpage.

**IT IS SO ORDERED.**

Dated: June 5, 2015

_____
VINCE CHHABRIA
United States District Judge