| | |
|---|---|
| Christopher J. Healey, State Bar No. 105798<br>**DENTONS US LLP**<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101-3372<br>Tel: (619) 235-3491<br>Fax: (619) 645-5328 | W. Timothy Needham, State Bar No. 96542<br>**JANSSEN MALLOY LLP**<br>730 Fifth Street<br>Eureka, CA 95501<br>Tel:    (707) 445-2071<br>Fax:    (707) 445-8305 |
| Kathryn A. Stebner, State Bar No. 121088<br>Sarah Colby, State Bar No. 194475<br>George Kawamoto, State Bar No. 280358<br>**STEBNER AND ASSOCIATES**<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102<br>Tel:  (415) 362-9800<br>Fax:  (415) 362-9801 | Guy B. Wallace, State Bar No. 176151<br>Mark T. Johnson, State Bar No. 76904<br>Jennifer A. Uhrowczik, State Bar No. 302212<br>**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105 |
| Michael D. Thamer, State Bar No. 101440<br>**LAW OFFICES OF MICHAEL D. THAMER**<br>Old Callahan School House<br>12444 South Highway 3<br>Post Office Box 1568<br>Callahan, California 96014-1568<br>Tel:  (530) 467-5307<br>Fax:  (530) 467-5437 | Robert S. Arns, State Bar No. 65071<br>**THE ARNS LAW FIRM**<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Tel:  (415) 495-7800<br>Fax: (415) 495-7888 |

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thomas Carnes, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Atria Senior Living, Inc. and Does 1 Through 100,<br><br>　　　　　　　Defendants. | CASE NO.  3:14-cv-02727-VC<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 7-11 FOR A CASE MANAGEMENT CONFERENCE REGARDING THE PRETRIAL SCHEDULE** |

## ORDER

Having reviewed Plaintiff's Motion requesting that a further Case Management Conference be set to revise the pretrial schedule in the above-captioned matter, and GOOD CAUSE appearing, Plaintiff's Motion is hereby GRANTED.

A further Case Management Conference is set for October __6__, 2015 at __10:00 a.m__. An updated joint case management statement is due 7 days prior to the FCMC.

DATED:  September __4__, 2015

_____
HON. VINCE CHHABRIA
United States District Judge

*Carnes v. Atria Senior Living, Inc.*, Case No. 3:14-cv-02727-VC
[PROPOSED] ORRDER GRANTING PLAINTIFF'S
MOTION TO REQUEST CMC RE PRETRIAL SCHEDULE

1