potential retaliation by acting as named plaintiffs.  Moreover, they assisted in drafting the

complaint and responding to discovery.  *See* Dkt. No. 104, Stebner Decl. ¶ 31.  Finally, Ms.

Moulton, acting as guardian ad litem, prepared and appeared for deposition, and participated in

settlement discussions.  *Id.*  In light of Plaintiffs' service to the class, the Court finds that the

requested service awards are fair and reasonable.

**III.     CONCLUSION**

.        For the foregoing reasons, the Court orders as follows:

1.  The Court grants final approval of the proposed settlement and plan of administration.

2.  The Court awards class counsel $3,667,065.82 in attorneys' fees.

3.  The Court awards class counsel $122,722.41 in costs.

4.  The Court grants service awards of $7,500 to Plaintiff Winans, by and through his guardian ad litem, Renee Moulton, and $3,500 to Plaintiff Richardson, as trustee of the Wilma F. Fritz Trust.

5.  The class members who requested to opt out of the settlement are excluded from the class.

6.  This action is hereby dismissed with prejudice, with each side to bear its own attorneys' fees and costs, except as provided in the Settlement Agreement.

7.  The parties shall file a proposed judgment within three days of the date of this Order.

**IT IS SO ORDERED.**

Dated: 1/11/2016

*Haywood S. Gill, Jr.*

HAYWOOD S. GILLIAM, JR.
United States District Judge

15

# Exhibit D

1   Kathryn A. Stebner, State Bar No. 121088
    Sarah Colby, State Bar No. 194475
2   George Kawamoto, State Bar No. 280358
    **STEBNER AND ASSOCIATES**
3   870 Market Street, Suite 1212
    San Francisco, CA 94102
4   Tel: (415) 362-9800
    Fax: (415) 362-9801
5
6
7   Michael D. Thamer, State Bar No. 101440
    **LAW OFFICES OF MICHAEL D. THAMER**
8   Old Callahan School House
    12444 South Highway 3
9   Post Office Box 1568
    Callahan, California 96014-1568
10  Tel: (530) 467-5307
    Fax: (530) 467-5437
11
    Robert S. Arns, State Bar No. 65071
12  **THE ARNS LAW FIRM**
    515 Folsom Street, 3rd Floor
13  San Francisco, CA 94105
    Tel: (415) 495-7800
14  Fax: (415) 495-7888

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Jennifer Uhrowczik, State Bar No. 302212
**SCHNEIDER WALLACE COTTRELL
KONECKYWOTKYNS, LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

W. Timothy Needham, State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel:   (707) 445-2071
Fax:   (707) 445-8305

Christopher J. Healey, State Bar. No. 105798
**DENTONS US LLP**
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
Tel: (619) 235-3491
Fax: (619) 645-5328

15  Attorneys for Plaintiffs and the proposed Class

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18              **SAN FRANCISCO DIVISION**

19  Arville Winans, by and through his
    Guardian ad litem, Renee Moulton,
20  on his own behalf and on behalf of
    others similarly situated,
21
                        Plaintiffs,
22
    v.
23
    Emeritus Corp. and Does 1 Through
24  100,
25
                        Defendants.
26
27
28

CASE NO.  3:13-cv-03962-SC

**[PROPOSED] ORDER GRANTING MOTION
FOR ATTORNEYS' FEES, COSTS, AND
SERVICE AWARDS**

Date:   September 25, 2015
Time:  10:00 a.m.
Dept.:  Courtroom 1
Judge:  Hon. Samuel Conti

---

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

**INTRODUCTION**

Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards ("Motion") came on for hearing on September 25, 2015, at 10:00 a.m., in Courtroom 1 of the United States District Court for the Northern District of California, San Francisco Division.

Class Counsel moved the Court for an award of $4,168,756.91 in attorneys' fees; $121,243.09 in litigation expenses and costs; and service awards in the amount of $7,500 to Named Plaintiff Arville Winans, by and through his Guardian ad litem, Renee Moulton, and $3,500 to Named Plaintiff Ruby Richardson as Trustee of the Wilma F. Fritz Trust (for a total of $11,000).

Having considered the Parties' Stipulation of Settlement; Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards ("Motion"); the Memorandum of Points and Authorities in support of the Motion; the Declarations and exhibits attached thereto of Kathryn Stebner, Chris Healey, Guy Wallace, Michael Thamer, Robert Arns, Timothy Needham, Richard M. Pearl, Renee Moulton, and Ruby Richardson; relevant legal authority; the record in this case; and the argument of Counsel at the hearing thereon; the Court hereby FINDS, ORDERS, AND ADJUDGES as follows:[1]

I.  **THE AGREED-UPON ATTORNEYS' FEE REQUEST IS FAIR, REASONABLE, AND JUSTIFIED**

California law governs the attorneys' fee award here because Plaintiffs' claims arise under California law. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1047 (9th Cir. 2002).

In this action, Plaintiffs asserted jury claims under the Consumers Legal Remedies Act, Cal. Civil Code § 1750 *et seq.*, which requires mandatory payment of attorneys' fees and costs to successful plaintiffs. The attorneys' fees provision of the CLRA, Section 1780(e), states: "The court *shall* award court costs and attorney fees to a prevailing plaintiff in litigation filed pursuant

---

[1] The Court, for purposes of this Order Granting Motion for Attorneys' Fees, Costs, and Service Awards, adopts and incorporates the terms and definitions set forth in the Stipulation of Settlement ("SS").

1

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

1    to this section." Thus, some award of attorneys' fees is mandatory. *Kim v. Euromotors West*, 149

2    Cal. App. 4th 170, 177 (2007).

3        Under California law, the Court is empowered to award reasonable attorneys' fees and

4    costs when a litigant proceeding in a representative capacity has achieved a "substantial benefit"

5    for a class of persons. *Serrano III v. Priest*, 20 Cal. 3d 25, 38 (1977) ("*Serrano III*"). There are

6    two methods of calculating attorneys' fees in civil class actions: (1) the lodestar/multiplier

7    method, and (2) the percentage of recovery method. *Wershba v. Apple Computer, Inc.*, 91 Cal.

8    App. 4th 224, 254 (2001). While the Court has discretion, one recognized approach is to

9    determine the plaintiffs' lodestar fees, determine whether a multiplier is warranted, and then

10    "cross check" the propriety of that amount as a percentage of the overall recovery. *See Lealao v.*

11    *Beneficial Cal., Inc.*, 82 Cal. App. 4th 19, 49-50 (2000).

12      **A.     Class Counsel's Fee Request is Reasonable Under the Lodestar Analysis**

13        Under California law, "[t]he primary method for establishing the amount of reasonable

14    attorney fees is the lodestar method." *In re Vitamin Cases*, 110 Cal. App. 4th 1041, 1052 (2003),

15    (internal quotation marks and citations omitted). *See also, Serrano III*, 20 Cal. 3d at 49 (quoting

16    *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 470 (2d Cir. 1974)); *Lealao*, 82 Cal. App. 4th at

17    39; *In re Bluetooth Headset Products Liab. Lit.*, 654 F.3d 935, 941 (9th Cir. 2011) (citing

18    *Cunningham v. County of Los Angeles*, 879 F.2d 481, 488 (9th Cir. 1988). Applicable precedents

19    support the reasonableness of the fees requested here.

20      **1.     Class Counsels' Lodestar Amounts Are Reasonable**

21        The lodestar method requires the Court to determine a "touchstone" or lodestar figure

22    based on a compilation of time spent and reasonable hourly compensation for each attorney. *See,*

23    *e.g., Graham v. DaimlerChrysler Corp.*, 34 Cal. 4th 553, 579 (2004); *Vo v. Los Virgenes Mun.*

24    *Water Dist.*, 79 Cal.App.4th 440, 445 (2000); *Lealao*, 82 Cal.App.4th at 26; *Hanlon v. Chrysler*

25    *Group, Inc.*, 150 F.3d 1011, 1029 (9th Cir. 1998). Generally, hours are reasonable if they were

26    "reasonably expended in pursuit of the ultimate result achieved in the same manner that an

27    attorney traditionally is compensated by a fee-paying client." *Hensley v. Eckerhart*, 461 U.S. 424,

28

2

---

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS<br>*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

431 (1983). *See also Ketchum v. Moses*, 24 Cal.4th 1122, 1133 (2001) (fee award should be

"fully compensatory [and] absent circumstances rendering the award unjust, an attorney fee award

should ordinarily include compensation for *all* the hours reasonably spent.") (emphasis in

original); *Serrano III*, 20 Cal. 3d at 49 (counsel are entitled to compensation for all hours

reasonably expended); *Hensley*, 461 U.S. at 435-36; *Caudle v. Bristow Optical Co.*, 224 F.3d

1014, 1028 (9th Cir. 2000); *Cabrales v. County of Los Angeles*, 935 F.2d 1050, 1052-53 (9th Cir.

1991).

Class Counsel attest that, in total, they have expended 4,990.9 hours for an unadjusted

lodestar of $2,610,487.75. The Court has reviewed the Declarations of Kathryn Stebner, Chris

Healey, Guy Wallace, Michael Thamer, Robert Arns, and Timothy Needham describing the work

performed by Class Counsel on this case. The total hours claimed by Class Counsel are approved

based on evidence presented of the work performed, including detailed summaries, and the results

achieved. The Court is also satisfied that Class Counsel have exercised appropriate and

significant billing judgment by not requesting fees for unproductive or duplicative work.

Accordingly, the Court finds the number of hours that Class Counsel devoted to this case is

reasonable.

### 2. Class Counsel's Hourly Rates Are Well Within the Prevailing Rates for Similar Complex Civil Litigation in the Bay Area

The second step is determining the reasonable market value of the attorneys' services at an

hourly rate. *Ketchum*, 24 Cal.4th at 1134; *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984); *PLCM*

*Group, Inc. v. Drexler*, 22 Cal.4th 1084, 1094 (2000); *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d

973, 979 (9th Cir. 2008). This rule applies even when attorneys normally work on a contingent

fee basis. *See, e.g., Robertson v. Fleetwood Travel Trailers*, 144 Cal. App. 4th 785, 818 (2006);

*Blanchard v. Bergeron*, 489 U.S. 87, 96 (1989). Rates are reasonable if they are "within the range

of reasonable rates charged by and judicially awarded comparable attorneys for comparable

work." *Children's Hosp. and Med. Ctr. v. Bonta*, 97 Cal. App. 4th 740, 783 (2002). A reasonable

hourly rate is the prevailing rate charged by attorneys of similar skill and experience in the

---

3

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

1    relevant community. *PLCM Group, Inc. v. Drexler*, 22 Cal. 4th 1084, 1095 (2000). Declarations

2    regarding the prevailing market rate in the relevant community are sufficient to establish a

3    reasonable hourly rate. *See Widrig v. Apfel*, 140 F. 3d 1207, 1209 (9th Cir. 1998).

4        In support of their motion, Settlement Class Counsel submitted a declaration from Richard

5    M. Pearl, who opined on the reasonableness of the rates charged by counsel. (Declaration of

6    Richard M. Pearl, ¶ 8). Mr. Pearl relies on rates that have been approved in other cases and refers

7    to the rates charged by other firms within the Northern District that are similar to the rates charged

8    by Settlement Class Counsel. Class Counsel also attested that the rates requested here are also

9    similar or equal to Class Counsel's rates in class actions against operators of skilled nursing

10   facilities previously approved by Chief Judge of the Northern District of California Claudia

11   Wilken in *Wehlage v. Evergreen at Arvin LLC*, 2012 U.S. Dist. LEXIS 144152 at *8 (N.D. Cal.

12   Oct. 4, 2012) ("The billing rates used by Class Counsel to calculate their lodestar are reasonable

13   and in line with the prevailing rates in this District for personnel of comparable experience, skill,

14   and reputation"), and by U.S. District Judge Jeffrey S. White in *Walsh v. Kindred Healthcare, et

15   al.*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. Dec. 16, 2013). Class Counsel also attested that

16   rates similar or equal to Class Counsel's rates in this case were also previously approved in the

17   Superior Court of California by Judge Robert Freedman in *Valentine v. Thekkek Health Services,

18   Inc., et. al.* Alameda County Superior Court, Case No. RG-10546266; by Judge Wynne Carvill in

19   *Shuts v. Covenant Holdco LLC*, Alameda County Superior Court, Case No. RG 10551807, *Dalao

20   v. LifeHouse Holdings, LLC* Alameda County Superior Court, Case No. RG12660602, and *Correa

21   v. SnF Management Company, LLC* Alameda County Superior Court, Case No. RG-13664498; by

22   Judge Jane Johnson in *Montreuil v. The Ensign Group, Inc.* Los Angeles County Superior Court,

23   Case No. BC449162; and by Judge Richard Kramer in *Hernandez v. Golden Gate Equity

24   Holdings, LLC* San Francisco County Superior Court, Case No. CGC-10-505288). Class Counsel

25   also attested that rates similar to those of Class Counsel have been approved in a wide range of

26   litigation outside of the context of skilled nursing facility class actions. *Campbell v. Nat'l

27   Passenger R.R. Corp.*, 718 F. Supp. 2d 1093, 1099-1100 (N.D. Cal. 2010) (finding reasonable

28

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

market rates from $380 to $775 for employment and civil rights attorneys in the Northern District;

*In re: TFT-LCD (Flat Panel) Anti-Trust Litigation*, 3:07-md-1827 SI (N.D. Cal.), December 27, 2011 Order, Dkt. 4436 at 2 (finding lodestar amount reasonable in a cross-check analysis).

Accordingly, the Court finds the 2015 hourly rates requested by Class Counsel to be reasonable and in line with the market rates charged by skilled counsel in the Bay Area in similar complex civil litigation:

Stebner and Associates

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| Kathryn Stebner | 1985 | $750.00 |
| Sarah Colby | 1997 | $575.00 |
| Karman Guadagni | 2009 | $375.00 |
| George Kawamoto | 2011 | $350.00 |

Dentons US LLP

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| Chris Healey | 1982 | $775.00 |
| Aaron Winn | 2003 | $650.00 |
| Peter Stockburger | 2009 | $395.00 |

Schneider Wallace Cottrell Konecky Wotkyns, LLP

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| Guy B. Wallace | 1993 | $750.00 |
| Mark T. Johnson | 1977 | $700.00 |
| Jennifer A. Uhrowczik | 2009 | $450.00 |
| Kyle G. Bates | 2014 | $450.00 |

Law Offices of Michael D. Thamer

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| Michael D. Thamer | 1981 | $775.00 |
| Tyler Orlowski | 2008 | $550.00 |

5

The Arns Law Firm

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| Robert S. Arns | 1975 | $950.00 |
| Steven Weinmann | 1989 | $550.00 |
| Robert Foss | 2010 | $350.00 |
| Julie Erickson | 2013 | $265.00 |

Janssen Malloy LLP

| Attorney | Law School Grad. Date | 2015 Hourly Rate |
|---|---|---|
| W. Timothy Needham | 1980 | $775.00 |
| Amelia Burroughs | 2002 | $550.00 |

**B.     A 1.60 Multiplier is Justified Under Applicable Law**

Once this lodestar figure has been determined, the Court may take into account other "enhancement" factors to adjust the lodestar award.  As the California Supreme Court has held, contingency fees should be higher than fees for the same legal services paid concurrently with the provision of the services.  *Ketchum*, 24 Cal.4th at 1132-33; *see also Fischel v. Equitable Life Assurance Soc'y of the United States*, 98 Fed.App'x. 581, 583 (9th Cir. 2004) (holding that it is an abuse of discretion to fail to apply a risk multiplier when attorneys take a case with the expectation that they will receive a risk enhancement if they prevail, their hourly rate does not reflect that risk, and there is evidence that the case was risky).  "A lawyer who both bears the risk of not being paid and provides legal services is not receiving the fair market value of his work if he is paid only for the second of these functions. If he is paid no more, competent counsel will be reluctant to accept fee award cases." *Ketchum*, 24 Cal.4th at 1133.  Application of that rule is particularly appropriate where the case is brought to redress important rights of vulnerable persons. *Id.*  In short, a risk enhancement is neither a bonus nor a windfall.  It is "earned compensation; unlike a windfall, it is neither unexpected nor fortuitous.  Rather it is intended to approximate market-level compensation for such services which typically pay a premium for the

6

1  risk of nonpayment or delay in payment of attorney's fees." *Ketchum*, 24 Cal.4th at 1138.

2         Factors considered in determining whether a lodestar multiplier is appropriate generally

3  include: (1) the risks presented by the contingent nature of the case; (2) the novelty and difficulty

4  of the questions involved and the skill requisite to perform the legal service properly; (3) the

5  nature of the opposition; (4) the preclusion of other employment by the attorney due to acceptance

6  of the case; and (5) the result obtained and the importance of the lawsuit to the public. *Graham*,

7  34 Cal.4th at 582; *Serrano III*, 20 Cal. 3d at 48-49; *Edgerton v. State Pers. Bd.*, 83 Cal.App.4th

8  1350, 1363 (2000); *Hanlon*, 150 F.3d at 1029.

9         While most class actions are complex and involve some risk, this case raised novel issues

10 being one of the first putative class actions challenging misrepresentations and misleading

11 statements made by a provider of assistive living services.  Class Counsel bore the substantial risk

12 of an uncertain outcome in agreeing to prosecute this class action case purely on a contingency fee

13 basis.  Class Counsel attested their hourly rates do not include consideration of risk, and they gave

14 up other work or were unable to take on other work as a result of pursuing this case.

15 Notwithstanding the foregoing, Class Counsel have managed to achieve a good result and a

16 substantial benefit for the members of the settlement class of current and former residents at

17 Emeritus assisted living facilities in California.  In addition to significant cash payments, the case

18 settlement produced substantial non-monetary relief.[2]  In addition, Class Counsel and Defendants

19

20 _____
[2] This non-monetary term further supports the reasonableness of the fee request given the overall settlement value.
When awarding attorneys' fees, "[a] court should take into account any non-monetary benefits obtained for the class."
21 5-23 Moore's Federal Practice — Civil § 23.124(b)(i).  "[I]t is important to recognize that in some class actions the
monetary relief obtained is not the sole determinant of an appropriate attorney fee award."  Advisory Committee
22 Notes to Fed. R. Civ. P. 23(h) (2003 Amendments) (citation omitted). "Incidental or nonmonetary benefits conferred
by the litigation are a relevant circumstance" in determining fee awards. *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043,
23 1049 (9th Cir. 2002), *cert. denied*, 537 U.S. 1018 (2002); *Staton v. Boeing Co.*, 327 F.3d 938, 974; *Pokorny v. Quixtar,
Inc.*, No. C 07-0201 SC, 2013 U.S. Dist. LEXIS 100791, at *5 (N.D. Cal. July 18, 2013) (Conti, J.) ("The court may
24 properly consider the value of injunctive relief obtained as a result of settlement in determining the appropriate fee.");
*In re Visa Check/Mastermoney Antitrust Litig.*, 297 F. Supp. 2d 503, 525 (E.D.N.Y. 2003); *Steiner v. Williams*, Nos.
25 99 Civ. 10186 (JSM), 99 Civ. 1479 (JSM), 2001 WL 604035, at *4 (S.D.N.Y. May 31, 2001) ("[C]ounsel may recover
a fee if the settlement conferred a substantial non-monetary benefit."); *Linney v. Cellular Alaska Partnership*, Nos. C-
26 96-3008 DLJ, C-97-0203 DLJ, C-97-0425 DLJ, C-97-0457 DLJ,  1997 WL 450064, at *6-7 (N.D. Cal. July 18, 1997)
(court considers injunctive relief in evaluating fairness of overall settlement fee request); *Colgan v. Leatherman Tool
27 Group, Inc.*, 135 Cal. App. 4th 663, 702-03 (2006) (upholding a fee award under section 1021.5 where the suit resulted
in the end of an unfair and deceptive practice).

28
                                                          7
_____
         [PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
                    *Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

1   negotiated the issue of fees after they had come to an agreement on the issues of class relief, and

2   without any detriment to the Class.

3        The Court finds these factors collectively confirm that Class Counsel's fee request is fair,

4   reasonable and justified under the applicable law and the factual circumstances, and a 1.60

5   multiplier is justified.

6        **C.   The Percentage Cross-Check Supports the Reasonableness of the Fee Request**

7        The Court will also conduct a cross-check regarding the reasonableness of a fee award by

8   reviewing its percentage of the total value of the benefits conferred on the class. *Serrano III*, 20

9   Cal. 3d at 34; *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478-81 (1980); *Lealao*, 82 Cal. App. 4th

10  at 49-50; *Graciano*, 144 Cal.App.4th at 164; 3 *Newberg on Class Actions*, § 14.7.

11       Viewed from a "percentage of fund" perspective, the fee request here of $4,168,756.91

12  represents approximately 32% of the Settlement Fund.[3]   California federal trial courts have

13  approved fee requests within that range in comparable consumer class actions.[4]  This Court found

14  to be reasonable a fee request of 29.5% percent of the settlement fund, without consideration

15  given to non-monetary relief.  *Pokorny*, No. C 07-0210 SC, 2013 U.S. Dist. LEXIS 100791, *5

16  (N.D. Cal. July 18, 2013) (Conti, J.).  *See also, Knight v. Red Door Salons, Inc.*, No. 08-01520

17  SC, 2009 WL 248367, at *5 (N.D. Cal. Feb. 2, 2009) (approving attorneys' fees award equal to

18  30% of the settlement fund); *Singer v. Becton Dickinson and Company,* No. 08- CV-821 – IEG

19  (BLM), 2010 WL 2196104 at *8 (S.D. Cal. June 1, 2010) (awarding 33 1/3% fee in class action);

20  *Ingalls v. Hallmark Mktg. Corp.*, Case No. 08cv4342, Doc. No. 77 (C.D. Cal. Oct. 16, 2009)

21  (awarding 33.33% fee). *Cicero v. DirectTV, Inc.*, 2010 WL 2991486, at *7 (C.D. Cal. July 27,

22

23  [3] In calculating the overall settlement benefit, the Court considers the total potential benefits made available. *Chavez
    v. Netflix, Inc.*, 162 Cal.App.4th 43, 46 (2008) (approving methodology that adds fees and class payments in the
24  percentage of recovery cross-check).  The overall settlement benefit includes items such as attorneys' fees, costs,
    class notice and administration costs and other settlement amounts that defendants have agreed to pay.  *Id.*

25  [4] In determining what constitutes a reasonable fee in ordinary common fund cases, Ninth Circuit courts apply a
    "benchmark" percentage of 25 percent of the total fund as the starting point for the analysis, adjusting that amount as
26  appropriate based on many of the same "enhancement" factors considered in the lodestar-multiplier analysis. *See
    Vizcaino*, 290 F.3d at 1047-50; *Pokorny v. Quixtar*, No. C07-0201 SC, 2013 U.S. Dist. LEXIS 100791 at *4-5
27  (N.D.Cal. July 18, 2013) (Conti, J.).

28

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al,* Case No. 3:13-cv-03962-SC

1  2010) (case survey of class action settlements demonstrate that "50% [of settlement fund] is the

2  upper limit, with 30-50% commonly awarded in cases in which the common fund is relatively

3  small."); *De Munecas v. Bold Food, LLC*, No. 1:09-cv-00440, 2010 WL 3322580, at *9 (S.D.N.Y.

4  Aug. 23, 2010) (request for 33% of fund is reasonable "because reasonable paying clients

5  typically pay one-third of their recovery under private retainer agreements.") (citations omitted);

6  *Cotchett, Pitre & McCarthy v. Universal Paragon Corp.*, 187 Cal. App. 4th 1405, 1421 (2010)

7  (contingency fees typically range from 33 to 40% of class benefit).

8  Accordingly, the Court finds this percentage cross-check demonstrates the propriety of

9  Class Counsel's requested fee.

10  The Court GRANTS Class Counsel's Motion for reasonable attorneys' fees in the amount

11  of $4,168,756.91.

12  **II.  THE REIMBURSEMENT OF LITIGATION EXPENSES IS WARRANTED**

13  Counsel are entitled to recover their reasonable out-of-pocket costs and litigation

14  expenses. *Staton*, 327 F.3d at 974; *In re Media Vision Tech. Sec. Litig.*, 913 F. Supp. 1362, 1366

15  (N.D. Cal. 1996) (citing *Mills v. Electric Auto-Lite Co.*, 396 U.S. 375, 391-92 (1970)).  The

16  CLRA provides for reimbursement of costs incurred.  *Cal. Hous. Fin. Agency v. E. R. Fairway*

17  *Assocs. I*, 37 Cal. App. 4th 1508, 1514 (1995).  Reimbursement of costs and litigation expenses is

18  also necessitated under the common fund doctrine of *Trustees v. Greenough*, 105 U.S. 527, 533

19  (1881).

20  Settlement Class Counsel seek the reimbursement of costs in the amount of $121,243.09.

21  Upon review of Class Counsel's declarations and attached exhibits, the Court finds that the

22  requested expenses are reasonable and should be reimbursed.

23  The Court GRANTS Class Counsel's Motion for reimbursement of reasonable litigation

24  expenses and costs in the amount of $121,243.09.

25  **III.  THE SERVICE AWARDS FOR THE NAMED PLAINTIFFS ARE FAIR**

26  Pursuant to the Parties' Stipulation of Settlement, Class Counsel request the Court to

27  approve services awards in the amount of $7,500 to Named Plaintiff Arville Winans, by and

28

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

through his Guardian ad litem, Renee Moulton, and $3,500 to Named Plaintiff Ruby Richardson as Trustee of the Wilma F. Fritz Trust (for a total of $11,000). (SS, ¶ X.B.3, p. 22.) The Court finds the amounts requested here are within the range approved by trial courts in this Circuit. *See, e.g., Garner v. State Farm Mut. Auto. Ins. Co.*, No. CV 08 1365 CW, 2010 U.S. Dist. LEXIS 49482, at *6 (N.D. Cal. Apr. 22, 2010) (approving $20,000 service award); *Singer v. Becton Dickinson & Co.*, No. 08-CV-821 IEG (BLM), 2009 WL 4809646, at *6 (S.D. Cal. Dec. 9, 2009) (approving $25,000 service award); *Razilov v. Nationwide Mut. Ins. Co.*, No. 01-CV-1466-BR, 2006 WL 3312024 (D. Or. Nov. 13, 2006) (approving $10,000 service awards).

Class representatives play a crucial role in bringing justice to those who would otherwise be without a remedy. *See, e.g., Bowens v. Atl. Maint. Corp.*, 546 F.Supp.2d 55, 80 (E.D.N.Y. 2008); *Clark* v. *Am. Residential Servs. LLC*, 175 Cal. App. 4th 785, 804 (2009). The Ninth Circuit has recognized that named plaintiffs are eligible for reasonable incentive payments. *Staton*, 327 F.3d at 977; *Rodriguez v. West Pub'g Corp.*, 563 F.3d 948, 958 (9th Cir. 2009) (service awards "are fairly typical in class action cases."). Such awards are "intended to compensate class representatives for work done on behalf of the class [and] make up for financial or reputational risk undertaken in bringing the action." *Rodriguez*, 563 F.3d at 958-59. Relevant considerations include: the actions the class representatives took to protect the interests of the class; the degree to which the class benefited from those actions; the amount of time and effort the class representatives expended in pursuing the litigation; the risk to named plaintiff in commencing suit, both financial and otherwise; the notoriety and personal difficulties encountered by named plaintiff; the duration of litigation; and the personal benefit (or lack thereof) to the named as a result of the litigation. *See Cook v. Niedert*, 142 F. 3d 1004, 1016 (7th Cir. 1998); *Clark*, 175 Cal. App. 4th at 804-07.

Here, Named Plaintiffs Winans and Richardson lent their names to this case and thus subjected themselves to public attention. Named Plaintiff Winans, by and through his Guardian Ad Litem Ms. Moulton, appeared for deposition. Class Counsel and Named Plaintiffs attest that Named Plaintiffs had initial concerns about participating in a lawsuit and understood there was a

Ex. F - Notice of Lodgment

Page 213

1  risk they would be ordered to pay Defendants' costs should the litigation prove unsuccessful.

2  Nonetheless, they agreed to become class representatives to stand up for vulnerable current and

3  future residents. Named Plaintiffs gave significant assistance to Class Counsel taking on the

4  weighty responsibility of representing the Class, which was time-consuming and emotionally

5  difficult. They made this case possible when many other potential class representatives were

6  reluctant to step forward and represent the class. Their contributions helped produce the

7  substantial benefits now offered to the Settlement Class.

8       Accordingly, the Court finds the service awards here are appropriate in light of the efforts

9  and risks taken by both Named Plaintiffs.

10      Accordingly, the Court GRANTS service awards in the amount of $7,500 to Named

11  Plaintiff Arville Winans, by and through his Guardian ad litem, Renee Moulton, and $3,500 to

12  Named Plaintiff Ruby Richardson as Trustee of the Wilma F. Fritz Trust (for a total of $11,000).

13  **IT IS SO ORDERED.**

14

15  DATED: _____      _____

16                                     HON. SAMUEL CONTI
                                       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS
*Winans, et al, vs. Emeritus Corp., et al*, Case No. 3:13-cv-03962-SC

Ex. F - Notice of Lodgment

Page 214

# Exhibit E



**ENDORSED**
**FILED**
ALAMEDA COUNTY

NOV 0 8 2012

CLERK OF THE SUPERIOR COURT
BY _____
DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>H&R BLOCK ENTERPRISES, INC.<br><br>    Defendant. | Case No. RG08366506<br><br>[proposed] ORDER OF FINAL APPROVAL AND JUDGMENT<br><br>Date: November 8, 2012<br>Time: 2:00 p.m.<br>Dept.: 20<br>Judge: Hon. Robert B. Freedman<br>Reservation No. R-1338508 |

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

[PROPOSED] ORDER OF FINAL APPROVAL AND JUDGMENT
*Williams v. H&R Block, et al.*, Case No. RG08366506

1  PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

2  AND RESPONSE TO OBJECTION, MOTION FOR SERVICE AWARDS, and MOTION FOR

3  AN AWARD OF REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES came on for

4  hearing on November 8, 2012 at 2:00 p.m., in Department 20 of the Superior Court of California,

5  County of Alameda.

6      Having considered the proposed class Settlement Agreement, Plaintiffs' Motion for Final

7  Approval of Class Action Settlement and Response to Objection, Plaintiffs' Motion for Service

8  Awards, and Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs and Expenses,

9  the Memoranda of Points and Authorities in support of those Motions, the Declarations of Guy B.

10  Wallace, David Borgen, Alexander Van Broek, Andrew P. Lee, Plaintiff Alice Williams, Plaintiff

11  Regina Bassett in support thereof, as well as the Declaration of Caroline Barazesh Regarding Due

12  Diligence and Proof of Mailing, the Court-approved notice and claim form, and the argument of

13  counsel at the hearing thereon, the Court hereby FINDS, ORDERS, ADJUDGES as follows:[1]

14  I.      **FINAL CERTIFICATION OF THE SETTLEMENT CLASS**

15      The Court granted class certification in this matter on March 24, 2011 of the following class:

16      All people employed by H&R Block Enterprises, Inc., or H&R Block Enterprises,
17      LLC during the tax season as seasonal, exempt Office Managers at any time
        between January 17, 2004 and the date of notice to the class that a class has been
18      certified.

19      The parties have presented no new facts or changed circumstances that would disturb the

20  Court's findings on class certification for purposes of certifying the Settling Class. Moreover,

21  H&R Block does not oppose class certification for purposes of settlement. Accordingly, the Court

22  finds that, consistent with its prior Order, the requirements of Code of Civil Procedure § 382 are

23  satisfied. The Court hereby FINALLY CERTIFIES the following settlement class:

24      All people employed by H&R Block Enterprises, Inc., or H&R Block Enterprises,
        LLC during the tax season as seasonal, exempt Office Managers at any time
25      between January 17, 2004 and April 30, 2012 in California.

26

27  [1] The Court, for purposes of this Order of Final Approval and Judgment, adopts and incorporate the

28  terms and definitions set forth in the Settlement Agreement.

---

SCHNEIDER WALLACE
COTTRELL BRAXTON
KONECKY LLP

ORDER OF FINAL APPROVAL AND JUDGMENT
*Williams v. H&R Block, et al.*, Case No. RG08366506

Ex. F - Notice of Lodgment

Page 217

II.     APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

On March 24, 2011, the Court certified this matter as a class action, and appointed Named Plaintiff Alice Williams to represent the litigation class of California Office Managers.  Similarly, in its Order Granting Preliminary Approval of Settlement, the Court appointed Plaintiff Alice Williams as representative of the provisionally certified settlement class.  The parties have presented no new facts or changed circumstances that would disturb the Court's previous findings with respect to Ms. Williams' adequacy, and therefore APPOINTS Ms. Williams as class representative of the above-referenced Settling Class.

By Order dated June 13, 2012, the Court permitted Plaintiffs leave to file a Second Amended Complaint, which added a claim pursuant to the Private Attorney General Act of 2004 ("PAGA"), as well as an additional Named Plaintiff, Regina Bassett.  Plaintiffs propose that Ms. Bassett represent the settlement class with respect to the PAGA claim.  Ms. Bassett has worked for H&R Block in California as an Office Manager for the 2009, 2010, 2011, and 2012 tax seasons.  Declaration of Regina Bassett in Support of Motion for Service Award ¶ 2.  Moreover, Ms. Bassett's claims are typical of those of the Settling Class, and she understands her duty to represent the best interests of the Settling Class Members.  *Id.* at ¶¶ 9-12.  H&R Block does not oppose the appointment of Ms. Bassett as class representative for the purpose of settlement.  Accordingly, the Court APPOINTS Ms. Bassett as class representative of the above-referenced Settling Class, including with respect to Plaintiffs' PAGA claim.

The Court finds that Schneider Wallace Cottrell Brayton Konecky LLP, Goldstein, Demchak, Baller, Borgen & Dardarian, and the Law Offices of Alexander Van Broek, have extensive experience in prosecuting wage and hour class actions, and APPOINTS them as Class Counsel for the Settling Class.

II.     FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to this Court's Preliminary Approval Order, the Claims Administrator, BMC Group, distributed the approved Class Notice and Claim Form to the settlement class. Based on review of the Declaration of Caroline Barazesh ("Barazesh Decl.") of BMC Group, the Court is satisfied that compliance with the Court's preliminary approval Order was accomplished in all

Ex. F - Notice of Lodgment

Page 218

1   material respects.  The form and manner of notice constituted the best practicable notice under the

2   circumstances, and fully met the requirements of procedural due process and California Rule of

3   Court 3.769(f).

4          The Court has carefully reviewed the terms of the proposed Settlement, as well as the

5   Declaration of Guy B. Wallace in Support of Preliminary Approval of Settlement describing

6   Plaintiffs' investigation into the claims and defenses in this matter, the discovery conducted by the

7   parties and the settlement process.  The Court finds that the Settlement is the product of informed,

8   non-collusive, and arm's-length negotiations.  The Court further finds that the Settlement confers a

9   monetary benefit of approximately $3.8 million on the settlement class in exchange for their

10   release of claims, which is properly limited to any claims alleged in this matter, or could have been

11   alleged based on the facts contained in the pleadings.  This is a good result for the Settling Class in

12   light of the significant risks and delay of further litigation.  Based on the papers submitted by the

13   parties, the Court's familiarity with this matter, and the favorable response of the Settling Class,

14   the Court finds that the proposed Settlement is fair, reasonable, and adequate.

15          A.      **Response of the Settling Class**

16          The response of the Settling Class has been positive.  891 of the 1,529 Settling Class

17   Members filed timely and valid claim forms.  Barazesh Decl. ¶ 17.  These claims represent 65.72%

18   of the tax seasons worked by all Settling Class Members.  Two individuals have excluded

19   themselves from the Settlement, and one Settling Class Member has objected.  The high rate of

20   participation combined with the low number of opt outs (2) and objectors (1) further supports the

21   Court's conclusion that the Settlement is fair, reasonable, and adequate.

22          B.      **The Single Objection**

23          The lone objector, Lucila Cabrera, makes the following arguments in opposition to final

24   approval: 1) the claim form process may render the settlement benefits illusory; 2) the requested

25   attorneys' fees and costs may exceed the monetary damages going to the class; 3) the inclusion of a

26   "clear sailing" provision in the Settlement Agreement indicates that Class Council accepted an

27   unfair settlement on behalf of the Settling Class; 4) the claim form process, whereby unclaimed

28

Ex. F - Notice of Lodgment

Page 219

1    settlement funds revert to H&R Block, is unjustified and designed to lower the amount of money

2    paid by H&R Block pursuant to the Settlement.

3          The Court is not persuaded by these arguments. As discussed above, the Settling Class will

4    receive $3.8 million in total compensation pursuant to the proposed settlement. This sum is not

5    illusory, nor is it exceeded by the amount of attorneys' fees, costs and expenses requested by Class

6    Counsel. Even if the attorneys' fees were to exceed the class recovery, Class Counsel seeks their

7    fees on a lodestar basis pursuant to the fee shifting provisions of the California Labor Code. It is

8    well-settled that an award of statutory attorneys' fees does not require proportionality between the

9    plaintiffs' recovery and the amount of the fee award. *Harman v. City & County of San Francisco*,

10   158 Cal.App.4th 407, 419 (2007); *Graciano v. Robinson Ford Sales, Inc.*, 144 Cal.App.4th 140,

11   164 (2006); *see also City of Riverside v. Rivera*, 477 U.S. 561, 574 (1986). These arguments are

12   without merit.

13         Ms. Cabrera also objects to the "clear sailing" provision that prohibits H&R Block from

14   opposing Class Counsel's application for an award of reasonable attorneys' fees, costs and

15   expenses so long as it does not exceed $2.6 million. California Courts, however, have consistently

16   upheld such "clear sailing" provisions where the terms of the settlement are otherwise fair,

17   reasonable, and adequate. *In re Consumer Privacy Cases*, 175 Cal. App. 4th 545, 554 (2009)

18   (collecting cases). Moreover, Ms. Cabrera has provided no evidence of any collusion or

19   misconduct on the part of Class Counsel, nor has she objected to the hourly rates or the amount of

20   hours claimed by Class Counsel. Similarly, Ms. Cabrera has not identified any specific hours

21   claimed by Class Counsel that are excessive or shown why those specific hours were not

22   reasonably expended. Ms. Cabrera's objection to the "clear sailing" provision is without merit.

23         Finally, Ms. Cabrera objects to the claims made aspect of the Settlement and the resulting

24   reversion to H&R Block. She argues that the claims process is unjustified and designed to reduce

25   H&R Block's liability pursuant to the Settlement. Ms. Cabrera, however, overlooks the fact that

26   the Settlement requires H&R Block to pay a guaranteed amount of $1.8 million that will be

27   distributed *pro rata* to all Settling Class Members irrespective of whether they file a valid claim

28   form. This amount is not subject to any reversion.

4

ORDER OF FINAL APPROVAL AND JUDGMENT
*Williams v. H&R Block, et al.*, Case No. RG08366506

SCHNEIDER WALLACE
COTTRELL BRAXTON
KONECKY LLP

1   In addition, there is nothing inherently improper about the claims made process; rather, it is

2   the impact on the overall fairness, reasonableness, and adequacy that matters. *Harris v. Vector*

3   *Mktg. Corp.*, 2011 WL 1627973, at *13 (N.D. Cal. Apr. 29, 2011) (emphasis added); *see also*

4   *Lemus v. H&R Block Enters. LLC*, 2012 WL 3638550, at **3, 7-8; *Glass v. UBS Fin. Servs., Inc.*,

5   2007 WL 474936, at *8 (N.D. Cal. Jan. 17, 2007) aff'd. 331 F. App'x 452 (9th Cir. 2009). Here,

6   the claims process has resulted in a monetary recover of $3.8 million and the submission of claim

7   forms representing 65.72% of the tax seasons worked by California Office Managers during the

8   limitations period. As stated above, 891 members of the settlement class submitted valid and

9   timely claims forms, thus showing that the claims forms and process were comprehensible and

10  readily usable by the class members. Taken as a whole, the claims process has resulted in a fair,

11  reasonable, and adequate settlement.

12      Finally, the parties implemented the claims made process because many class members

13  believed that they were not misclassified, and that they were exempt managers. The Settlement

14  therefore takes these conflicting aspects of the record into account, permitting the Settling Class

15  Members to decide for themselves whether to accept the full benefits of the Settlement by making

16  a claim on the non-guaranteed settlement amount ("Non-Guaranteed NSV"). This was a fair and

17  reasonable compromise given the record evidence herein.

18      Accordingly, the Court FINALLY APPROVES the proposed Settlement, and OVERRULES

19  Ms. Cabrera's objection.

20  IV.     **DISTRIBUTION OF THE SETTLEMENT FUND**

21          A.      **Appointment of the Claims Administrator**

22      The Court APPROVES the appointment of BMC Group as the settlement Claims

23  Administrator, and directs payment of $25,846.50 for services rendered by BMC Group as Claims

24  Administrator. The Court finds this amount to be fair and reasonable.

25          B.      **Service Awards to the Class Representatives**

26      Plaintiffs seek service awards in the amount of $7,500 for Plaintiff Williams and $5,000 for

27  Plaintiff Bassett. Both Plaintiffs have submitted Declarations detailing the time and effort

28  expended by them in furtherance of the class claims, and the risks assumed by these individuals in

1   vindicating the rights of the settlement class.  Specifically, each Plaintiff expended considerable

2   time and effort reviewing pleadings, responding to written discovery, appearing for deposition,

3   advising Class Counsel regarding H&R Block's policies and practices, and reviewing the

4   settlement agreement herein.  *See* Declaration of Alice Williams and Declaration of Regina

5   Bassett in Support of Motion for Service Awards.  The requested service awards are also

6   supported by the risks associated with bringing this lawsuit, the protracted nature of this litigation,

7   and the important public policies underlying the Plaintiffs' claims.

8       The service awards of $7,500 for Plaintiff Williams, and $5,000 for Plaintiff Bassett, are

9   hereby APPROVED.

10          **C.      William Kindred**

11      William Kindred, who worked for H&R Block as a California Office Manager during the

12  applicable class period, chose to exclude himself from this matter pursuant to the class certification

13  notice distributed in July 2011.  Mr. Kindred contacted Class Counsel and requested to be included

14  in the settlement.  Based on the parties' non-opposition to this request, the Court APPROVES Mr.

15  Kindred's request to withdraw his opt out form and participate fully in the Settlement.

16          **D.      Attorneys' Fees, Costs and Expenses**

17      Class Counsel seek an award of $2,198,775.33 in attorneys' fees, and $401,224.67 in costs

18  and litigation expenses, for a total award of $2.6 Million in fees, costs and expenses. The Court

19  grants Class Counsel's request for reasonable attorneys' fees, costs and expenses. "In California,

20  the fee setting inquiry ordinarily begins with the 'lodestar,' i.e., the number of hours reasonably

21  expended multiplied by the reasonable hourly rate." *Building a Better Redondo, Inc. v. City of*

22  *Redondo Beach*, 203 Cal.App.4th 852, 870 (2012).  A court may also "cross-check" the lodestar-

23  based award against the percentage-of-the-fund method for purposes of ensuring that the fee award

24  is reasonable. *Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224, 253 (2001).

25      As an initial matter, the Court finds that the hourly rates claimed by Class Counsel are

26  reasonable. Given their knowledge, skill and expertise in complex class action cases such as this

27  one, Class Counsel's partner and associate rates fall within the range of rates charged by similarly

28  experienced and qualified attorneys practicing in this area. Further, Class Counsel have shown that

Ex. F - Notice of Lodgment

Page 222



their hourly rates are comparable to and in-line with the hourly rates charged by numerous firms practicing in the San Francisco Bay Area on a non-contingency basis and which do similar work.

Accordingly, the Court finds that the following 2012 hourly rates requested by Class Counsel to be reasonable and to be in-line with market rates in the Bay Area for attorneys with similar qualifications and experience who do similar work:

### Schneider Wallace Cottrell Brayton Konecky LLP

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Guy B. Wallace | 1993 | $700.00 |
| Clint J. Brayton | 1997 | $650.00 |
| Joshua Konecky | 1995 | $650.00 |
| Carolyn Cottrell | 1993 | $650.00 |
| Andrew Lee | 2006 | $475.00 |
| Megan Lewis | 2006 | $450.00 |
| Juliana Poindexter | 2008 | $400.00 |
| Kiran Prasad | 2007 | $450.00 |
| Monica Quivey | 2006 | $450.00 |
| Drew Teti | 2009 | $350.00 |
| Michael Thomas | 1997 | $500.00 |
| William Willson | 2004 | $500.00 |

### Goldstein Demchak Baller Borgen Dardarian LLP

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Teresa K. Demchak | 1976 | $775.00 |
| David A. Borgen | 1981 | $750.00 |
| Laura L. Ho | 1994 | $650.00 |
| Barry L. Goldstein | 1970 | $785.00 |
| James Kan | 2005 | $470.00 |
| Jason Tarricone | 2006 | $445.00 |

### Law Offices of Alexander Van Broek

| Attorney | Law School Grad. Date | 2012 Hourly Rate |
|---|---|---|
| Alexander Van Broek | 1980 | $395.00 |

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

Ex. F - Notice of Lodgment

Page 223

1   The Court has reviewed the Declarations of Guy B. Wallace, David Borgen, and Alexander

2   Van Broek describing the work performed by Class Counsel on this case, as well as the time

3   records submitted in support of the application for an award of fees.  The total hours claimed by

4   Class Counsel are approved based on evidence presented of the work performed and the results

5   achieved. Class Counsel has presented the Court with detailed billing records of their work

6   performed in this matter. These records are adequate and describe the nature of the work performed

7   by each firm and the attorneys therein.  The Court is also satisfied that Class Counsel have

8   exercised appropriate and significant billing judgment by not requesting fees for unproductive or

9   duplicative work.

10   The Court concludes that Class Counsel's fees are justified under the statutory fee

11   methodology.  Class Counsel seeks a fee award of $2,198,775.33, which amounts to approximately

12   85% of Class Counsel's actual lodestar of $2,590,296.84.  As discussed above, Class Counsel's

13   hourly rates fall within the range of hourly rates charged by attorneys of comparable experience,

14   qualifications, and ability who do complex class action litigation in the Bay Area. Moreover,

15   considering the amount of discovery, motion practice, and trial preparation that occurred in this

16   matter, the difficulty and risks associated with the legal and factual claims that were litigated

17   herein, and the aggressive defense mounted by H&R Block, the number of hours claimed by Class

18   Counsel is reasonable as well and is amply supported by the record.

19   Cross-checking the lodestar amount of $2,198,775.33 against the total amount of funds to be

20   paid out pursuant to the settlement, which is $6,440,621.39 as stated in the Declaration of the

21   Claims Administrator Caroline Barazesh at ¶ 22, the Court finds that the amount of fees sought by

22   Class Counsel would amount to approximately 34% of the total funds to be distributed pursuant to

23   the Settlement.  This percentage is reasonable, and is consistent with that approved in numerous

24   other wage and hour class action settlements in California.  *See, e.g., Martin v. Ameripride Servs.,*

25   *Inc.,* 2011 WL 2313604, at *8 (S.D. Cal. June 9, 2011) ("More particularly, courts may award

26   attorneys' fees in the 30-40% range in wage and hour class actions that result in recovery of a

27   common fund under $10 million."); *Cicero v. DirectTV, Inc.,* 2010 WL 2991486, at * 6 (C.D. Cal.

28   July 27, 2010) ("[A] review of California cases in other districts reveals that courts usually award

SCHNEIDER  WALLACE
COTTRELL  BRAYTON
KONECKY LLP

ORDER OF FINAL APPROVAL AND JUDGMENT
*Williams v. H&R Block, et al.,* Case No. RG08366506

1  attorneys' fees in the 30-40% range in wage and hour class actions that result in recovery of a

2  common fund under $10 million.") (collecting authorities).

3    The Court also finds that the costs and expenses incurred by Class Counsel are reasonable

4  and necessary based on detailed evidence presented of costs and expenses incurred.

5    Accordingly, the Court APPROVES Class Counsel's requested fees in the amount of

6  $2,198,775.33, and costs and expenses in the amount of $401,224.67. Consistent with this Court's

7  practice, 5% of this fee award shall be held by the Claims Administrator in an interest bearing

8  account pending submission and approval of a final compliance status report after completion of

9  the distribution process.

10    A compliance hearing shall be scheduled for *October 10, 2013 At 2:00 pm*
   *in Dept 20. Status Report to be filed by October 7, 2013*

11  V.    JUDGMENT & CONTINUING JURISDICTION

12    The parties are otherwise directed to comply with the terms of the Settlement. Pursuant to

13  California Rule of Court 3.769(h), the Court HEREBY MAKES AND ENTERS JUDGMENT, and

14  shall retain jurisdiction and oversight of the settlement proceedings.

15

16

17  Dated: *Nov 9 2013*

18              ROBERT B. FREEDMAN
              JUDGE OF THE SUPERIOR COURT

19

20

21

22

23

24

25

26

27

28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

9

ORDER OF FINAL APPROVAL AND JUDGMENT
*Williams v. H&R Block, et al.*, Case No. RG08366506

Ex. F - Notice of Lodgment

Page 225

# Exhibit F

3:33 PM
05/10/16
Accrual Basis

**Schneider Wallace Cottrell Konecky Wotkyns LLP**
Case 3:14-cv-02727-VC   Document 105-4   Filed 05/18/16   Page 27 of 100
**Unbilled Costs by Job**
All Transactions

**101050 - Carnes v. Atria Senior Living**

| Date | Source Name | Memo | Amount |
|------|-------------|------|--------|
| 08/01/2014 | West Payment Center (4005) | Research 07/01 - 07/31/14 | 3.09 |
| 09/01/2014 | West Payment Center (4005) | Research 08/01 - 08/31/14 | 9.41 |
| 09/30/2014 | All City | Messenger | 14.00 |
| 10/01/2014 | West Payment Center (4005) | Research 09/01 - 09/30/14 | 2.99 |
| 12/01/2014 | West Payment Center (4005) | Research 11/01 - 11/30/14 | 6.29 |
| 02/28/2015 | Alloy Group | Monthly hosting Feb 2015 | 1.84 |
| 02/28/2015 | Alloy Group | Document management & hosting | 32.66 |
| 02/28/2015 | Alloy Group | Tech time | 73.14 |
| 02/28/2015 | Alloy Group | Tech time | 132.05 |
| 02/28/2015 | Alloy Group | Feb 2015 | 50.05 |
| 02/28/2015 | Alloy Group | Document management & hosting | 192.05 |
| 03/23/2015 | Alloy Group | Document management & hosting | 546.15 |
| 03/23/2015 | Alloy Group | Document management & hosting | 764.33 |
| 03/31/2015 | Alloy Group | Document management & hosting | 19.74 |
| 03/31/2015 | Alloy Group | Document management & hosting | 350.39 |
| 04/01/2015 | West Payment Center (4005) | Research 03/01 - 03/31/15 | 17.16 |
| 04/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 1,269.74 |
| 04/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 1,350.39 |
| 05/01/2015 | West Payment Center (4005) | Research 04/01 - 04/30/15 | 611.77 |
| 05/04/2015 | Pacer | Document retrieval / legal research 01/01 - 03/31/15 | 2.90 |
| 05/18/2015 | Tokutomi & Associates | 05/08/15 J. Barber depo | 952.35 |
| 05/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 1,269.74 |
| 05/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 1,350.39 |
| 05/31/2015 | West Payment Center (4005) | Research 05/01 - 05/31/15 | 1.09 |
| 05/31/2015 | West Payment Center (4005) | Research 05/01 - 05/31/15 | 738.91 |
| 06/22/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 27.09 |
| 06/22/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 98.30 |
| 06/23/2015 | Tokutomi & Associates | M. Damante Depo | 649.80 |
| 06/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 1,338.60 |
| 06/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 2,572.65 |
| 06/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 22.50 |
| 06/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 90.00 |
| 07/01/2015 | West Payment Center (4005) | Research 06/01 - 06/30/15 | 75.31 |

Ex. F - Notice of Lodgment

Page 227

**Schneider Wallace Cottrell Konecky Wotkyns LLP**

**Unbilled Costs by Job**
## All Transactions

| Date | Source Name | Memo | Amount |
|------|------|------|------|
| 07/17/2015 | FedEx | to Alloy Group | 17.44 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 11.25 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 45.00 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 56.98 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 188.77 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 1,869.20 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 3,515.80 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 33.75 |
| 07/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 135.00 |
| 08/14/2015 | FedEx | to B. Sexton | 17.27 |
| 08/21/2015 | FedEx | to Alloy | 17.27 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 2,685.64 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 5,295.11 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 11.25 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 45.00 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 12.00 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 47.63 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 22.50 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 90.00 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 67.50 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 270.00 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 56.25 |
| 08/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 225.00 |
| 08/31/2015 | Alloy Group | Internal Users | 900.00 |
| 09/09/2015 | Western Messenger Service, Inc. | to USDC | 40.75 |
| 09/09/2015 | Pacer | Document retrieval / legal research 04/01 - 06/30/15 | 5.00 |
| 09/15/2015 | Tokutomi & Associates | B. Chamberlain depo | 1,225.70 |
| 09/28/2015 | Absolute GS | Carnes v. Atria Senior Living | 2,006.73 |
| 09/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 2,689.90 |
| 09/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 5,370.73 |
| 09/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 33.75 |
| 09/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 135.00 |
| 09/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Internal Due Now No De | 450.00 |
| 10/01/2015 | West Payment Center (4005) | Research 08/01 - 08/31/15 | 78.66 |

Ex. F - Notice of Lodgment

Page 228

# Schneider Wallace Cottrell Konecky Wotkyns LLP

## Unbilled Costs by Job
### All Transactions

| Date | Source Name | Memo | Amount |
|------|-------------|------|--------|
| 10/23/2015 | FedEx | to Alloy Group | 24.09 |
| 10/23/2015 | FedEx | to Alloy Group | 24.09 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 2,705.60 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Deferred | 5,649.40 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 90.00 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 360.00 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living Due - Now | 211.50 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living  - Deferred | 751.50 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 80.00 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 291.25 |
| 10/30/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 450.00 |
| 11/03/2015 | Pacer | Document retrieval / legal research 07/01 - 09/30/15 | 10.60 |
| 11/03/2015 | Pacer | Document retrieval / legal research 07/01 - 09/30/15 | 0.90 |
| 11/03/2015 | Pacer | Document retrieval / legal research 07/01 - 09/30/15 | 0.90 |
| 11/16/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 52.75 |
| 11/16/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 201.50 |
| 11/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 450.00 |
| 11/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Due Now | 2,955.60 |
| 11/29/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 5,849.40 |
| 12/01/2015 | West Payment Center (4005) | Research 11/01 - 11/30/15 | 1,415.73 |
| 12/01/2015 | West Payment Center (4005) | Research 11/01 - 11/30/15 | 2.57 |
| 12/14/2015 | One Legal LLC | File case mgmt stmt, inv. 10460696,  12/9/15 | 26.95 |
| 12/18/2015 | FedEx | to D. K. Cottriel | 10.88 |
| 12/18/2015 | FedEx | to L. A. bautsita | 10.88 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due now | 2,955.60 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 5,849.40 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due now | 62.50 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 230.00 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Due now | 45.00 |
| 12/31/2015 | Alloy Group | Carnes v. Atria Senior Living - Deferred | 168.75 |
| 01/01/2016 | West Payment Center (4005) | Research 12/01 - 12/31/15 | 2,901.14 |
| 02/04/2016 | Pacer | Document retrieval / legal research 10/01 - 12/31/15 | 28.80 |
| 05/10/2016 | SWCKW | Copying and postage | 3,873.34 |
| **Total 101050 - Carnes v. Atria Senior Living** | | | **80,049.32** |

Ex. F - Notice of Lodgment

# Exhibit G



ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
|---|---|---|---|
| **WEST INFORMATION CHARGES** | | 0.00 | |

INVOICE # 830059524 — WEST INFORMATION CHARGES INVOICE — JUL 01, 2014 - JUL 31, 2014 — PAGE 1

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
1-800-328-4880                                         A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 830059524 |
| INVOICE DATE | 08/01/2014 |
| ACCOUNT # | |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUL 01, 2014 - JUL 31, 2014

**AMOUNT DUE IN USD**
**DUE DATE** 08/31/2014
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830059524 00000000000000000000 20140801 ZCPG 000651184 0010 1000824005 4

Ex. F - Notice of Lodgment

Page 231

| Usage Type Desc | Client | User Name | Day | Special Off<br>Included | Database | Transaction | Docs/Lines | Connect Ti | Special Pri | Tax Amour | Total Charg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | CARNES V ATRIA 101050 | JOHNSON,MARK | 07/28/2014 | 0 | 0 | 5 | 0 | 0 | 3.09 | 0.00 | 3.09 |
| Totals for Day | CARNES V ATRIA 101050 | JOHNSON,MARK | 07/28/2014 | 0 | 0 | 5 | 0 | 0 | 3.09 | 0.00 | 3.09 |
| Totals for User | CARNES V ATRIA 101050 | JOHNSON,MARK | | 0 | 0 | 5 | 0 | 0 | 3.09 | 0.00 | 3.09 |
| Totals for Client | CARNES V ATRIA 101050 | JOHNSON,MARK | | 0 | 0 | 5 | 0 | 0 | 3.09 | 0.00 | 3.09 |

Ex. F - Notice of Lodgment

Page 232

ACCT#

 THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830246226 | WEST INFORMATION CHARGES INVOICE<br>AUG 01, 2014 - AUG 31, 2014 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

1000824005                     A

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 830246226 |
| INVOICE DATE | 09/01/2014 |
| ACCOUNT # | |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
AUG 01, 2014 - AUG 31, 2014

**AMOUNT DUE IN USD**
**DUE DATE**                **10/01/2014**
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830246226 00000000000000000000000 20140901 ZCPG 000615684 0010 1000824005 9

Ex. F - Notice of Lodgment

Page 233

| Usage Type Desc. | Client | User Name | Day | Included | Special Off Database | Transaction | Docs/Lines | Connect Ti | Special Pri | Tax Amoun | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | CARNES V ATRIA 10 | JOHNSON,MARK | | 0 | 0 | 5 | 0 | 0 | 9.41 | 0.00 | 9.41 |
| Totals for Day | CARNES V ATRIA 10 | JOHNSON,MARK | 08/12/2014 | 0 | 0 | 5 | 0 | 0 | 9.41 | 0.00 | 9.41 |
| Totals for User | CARNES V ATRIA 10 | JOHNSON,MARK | 08/12/2014 | 0 | 0 | 5 | 0 | 0 | 9.41 | 0.00 | 9.41 |
| Totals for Client | CARNES V ATRIA 10 | | | 0 | 0 | 5 | 0 | 0 | 9.41 | 0.00 | 9.41 |

Ex. F - Notice of Lodgment

Page 234

**All City Delivery**
268 Bush St., #4038
San Francisco, CA  94104
(415)725-5946

**Invoice September 2014**   **Schneider Wallace**
180 Montgomery St.
San Francisco, CA  94104

| Date | Pick Up | Delivery | Reference | Service | Base Price | Modifier | Mod Price | Total |
|------|---------|----------|-----------|---------|-----------|----------|-----------|-------|
| 9/22/14 | Schneider-180 Montgomery | USDC-450 Golden Gate | 101050 | B2 | 14.00 | | | 14.00 |

Current
Previous
**Total Due**

Ex. F - Notice of Lodgment

Page 235



ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830434719 | WEST INFORMATION CHARGES INVOICE<br>SEP 01, 2014 - SEP 30, 2014 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL          1000824005                    A
    1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #            830434719
INVOICE DATE         10/01/2014
ACCOUNT #                                        WEST INFORMATION CHARGES
VENDOR #             41-1426973                  SEP 01, 2014 - SEP 30, 2014
VAT REG#             EU826006554

**AMOUNT DUE IN USD**
DUE DATE             **10/31/2014**
AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West              SCHNEIDER WALLACE COTTRELL ET AL
Payment Center                      180 MONTGOMERY ST STE 2000
P.O. Box 6292                       SAN FRANCISCO CA  94104-4207
Carol Stream, IL  60197-6292

0830434719 0000000000000000000000 20141001 ZCPG 000662218 0010 1000824005 4

Ex. F - Notice of Lodgment

Page 236

| Usage Type Desc | Client | User Name | Contact ID | Day | Database | Transactio | Docs/Lines | Connect Ti | Special Pri | Tax Amoun | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 09/12/2014 | 0 | 2 | 0 | 0 | 2.99 | 0.00 | 2.99 |
| Totals for Day | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 09/12/2014 | 0 | 2 | 0 | 0 | 2.99 | 0.00 | 2.99 |
| Totals for User | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | | 0 | 2 | 0 | | 2.99 | 0.00 | 2.99 |
| Totals for Client | CARNES V ATRIA 101 | | | | 0 | 2 | 0 | | 2.99 | 0.00 | 2.99 |

ACCT#

 THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  830820606 | WEST INFORMATION CHARGES INVOICE<br>NOV 01, 2014 - NOV 30, 2014 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.
For more information about Thomson Reuters - West, or to shop online visit west.thomson.com.

**FOR BILLING INFORMATION CALL**
    1-800-328-4880

A

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #              830820606
INVOICE DATE        12/01/2014
ACCOUNT #
VENDOR #             41-1426973
VAT REG#             EU826006554

WEST INFORMATION CHARGES
NOV 01, 2014 - NOV 30, 2014

AMOUNT DUE IN USD
DUE DATE              12/31/2014
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0830820606 0000000000000000000000 20141201 ZCPG 000659308 0010 1000824005 4

Ex. F - Notice of Lodgment

Page 238

| Usage Type Desc | Client | User Name | Contact ID | Day | Database | Transactioi | Docs/Lines | Connect Ti | Special Pri | Tax Amoui | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 11/05/2014 | 0 | 2 | 0 | | 1.46 | 0.00 | 1.46 |
| Totals for Day | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 11/05/2014 | 0 | 2 | 0 | | 1.46 | 0.00 | 1.46 |
| Totals for Spec Offer | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 11/21/2014 | 0 | 3 | 0 | | 4.83 | 0.00 | 4.83 |
| Totals for Day | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | 11/21/2014 | 0 | 3 | 0 | | 4.83 | 0.00 | 4.83 |
| Totals for User | CARNES V ATRIA 101 | JOHNSON,MARK | 8086822 | | 0 | 5 | 0 | | 6.29 | 0.00 | 6.29 |
| Totals for Client | CARNES V ATRIA 101 | | 8086822 | | 0 | 5 | 0 | | 6.29 | 0.00 | 6.29 |

Ex. F - Notice of Lodgment

Page 239



**Alloy Group LLC**
SEND PAYMENTS TO:
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|------|-----------|
| 02/28/2015 | 7484 |
| Terms | Due Date |
| See below | 02/28/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 02/28/2015 | Carnes v Atria - Monthly hosting - February, 2015<br>$1.84 due now – $32.66 deferred | | | |
| 02/28/2015 | Relativity (Basic) per GB | 0.92 | 37.50 | 34.50 |

| | Total | $34.50 |
|--|-------|--------|

**Domestic Wire Transfer information:**
Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416
651-289-2222 phone  651-289-0200 fax
Alloy Group LLC ABA Routing: 091017196 - Acct: 036780
Federal ID#: 46-4654867



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 02/28/2015 | 7485 |

| Terms | Due Date |
|-------|----------|
| See below | 02/28/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 02/28/2015 | Carnes v Atria - Third party - DSS MP and RP<br>$73.14 due now - $132.05 deferred | | | |
| 02/28/2015 | Tech time - Tier 1 per hour | 0.25 | 225.00 | 56.25 |
| 02/28/2015 | OCR (Western language) per page | 4319 | 0.015 | 64.79 |
| 02/28/2015 | Processing - Intake based per GB | 0.374 | 225.00 | 84.15 |

| | Total | $205.19 |
|---|-------|---------|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**

Ex. F - Notice of Lodgment

Page 241



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|---|---|
| 02/28/2015 | 7488 |
| Terms | Due Date |
| See below | 02/28/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 02/28/2015 | Carnes v Atria - New case creation in Relativity.  Process 326 MB of PDFs, renumber, create load file, import $50.05 due now - $192.05 deferred | | | |
| 02/28/2015 | Tech time - Tier 1 per hour | 0.75 | 225.00 | 168.75 |
| 02/28/2015 | Processing - Intake based per GB | 0.326 | 225.00 | 73.35 |

| | Total | $242.10 |
|---|---|---|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|---|---|
| 03/23/2015 | 7510 |
| Terms | Due Date |
| See below | 03/22/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/23/2015 | Carnes v Atria - Third party: New DSS ranges<br>$546.15 due now - $764.33 deferred | | | |
| 03/23/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
| 03/23/2015 | Processing - Intake based per GB | 2.75 | 225.00 | 618.75 |
| 03/23/2015 | OCR (Western language) per page | 38615 | 0.015 | 579.23 |

| | Total | $1,310.48 |
|---|---|---|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 03/31/2015 | 7524 |

| Terms | Due Date |
|-------|----------|
| See below | 03/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|--------------------|---------|------|--------|
| 03/31/2015 | Carnes v Atria - Monthly hosting March, 2015<br>$19.74 due now - $350.39 deferred | | | |
| 03/31/2015 | Relativity (Basic) per GB | 9.87 | 37.50 | 370.13 |
| | | | **Total** | **$370.13** |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**

ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

 THOMSON REUTERS

| INVOICE #  831557354 | WEST INFORMATION CHARGES INVOICE MAR 01, 2015 - MAR 31, 2015 | | PAGE 1 |
|---|---|---|---|
| DESCRIPTION | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | 0.00 | |

**IMPORTANT NEWS**
In an effort to provide a better service to our Customers, we are currently working to standardize & enhance product descriptions.  These changes will be reflected on the invoices received from Thomson Reuters starting in April.
Thank you for your business.  For more information about us, or your account, please visit us on the web at legalsolutions.thomsonreuters.com

FOR BILLING INFORMATION CALL
    1-800-328-4880

A

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #            831557354
INVOICE DATE         04/01/2015
ACCOUNT #
VENDOR #             41-1426973
VAT REG#             EU826006554

WEST INFORMATION CHARGES
MAR 01, 2015 - MAR 31, 2015

AMOUNT DUE IN USD
DUE DATE             05/01/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831557354 000000000000000000000000 20150401 ZCPG 000660608 0010 1000824005 3

| Usage Type Desc | Client | User Name | Contact ID | Day | Special Off Database | Transaction | Docs/Lines | Connect Ti | Special Pri | Special Tax Amour | Tax Amour | Total Char |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec-Off | CARNES V ATRIA 10 | JOHNSON,MARK | 8086822 | 03/18/2015 | Included | 0 | 15 | 0 | 0 | 17.16 | 0.00 | 17.16 |
| | | | | | | | | | | | | 17.16 |
| Totals for Day | CARNES V ATRIA 10 | JOHNSON,MARK | 8086822 | 03/18/2015 | 0 | 0 | 15 | 0 | 0 | 17.16 | 0.00 | 17.16 |
| Totals for User | CARNES V ATRIA 10 | JOHNSON,MARK | 8086822 | | 0 | 0 | 15 | 0 | 0 | 17.16 | 0.00 | 17.16 |
| Totals for Client | CARNES V ATRIA 10 | | 8086822 | | 0 | 0 | 15 | 0 | 0 | 17.16 | 0.00 | 17.16 |

Ex. F - Notice of Lodgment

Page 246



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|---|---|
| 04/30/2015 | 7591 |
| Terms | Due Date |
| See below | 04/29/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/30/2015 | Carnes v Atria - Monthly hosting April, 2015<br>$1269.74 due now - $1350.39 deferred | | | |
| 04/30/2015 | Relativity (Basic) per GB | 9.87 | 37.50 | 370.13 |
| 04/30/2015 | User-Relativity per user | 10 | 225.00 | 2,250.00 |

| | Total | $2,620.13 |
|---|---|---|

**Domestic Wire Transfer information:**
Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416
651-289-2222 phone  651-289-0200 fax
Alloy Group LLC ABA Routing: 091017196 - Acct: 036780
Federal ID#: 46-4654867

Ex. F - Notice of Lodgment

Page 247

ACCT#

 THOMSON REUTERS

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  831742545 | WEST INFORMATION CHARGES INVOICE<br>APR 01, 2015 - APR 30, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com

FOR BILLING INFORMATION CALL
    1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 831742545 |
| INVOICE DATE | 05/01/2015 |
| ACCOUNT # | |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
APR 01, 2015 - APR 30, 2015

AMOUNT DUE IN USD
DUE DATE            05/31/2015
AMOUNT ENCLOSED IN USD  _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0831742545 00000000000000000000000 20150501 ZCPG 000666508 0010 1000824005 5

Ex. F - Notice of Lodgment

Page 248

| Usage Type Desc | Client | User Name | Contact ID | Day | Special Off | Database | Transaction | Docs/Lines | Connect Ti | Special Pri | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/23/2015 | Included | 7336 | 0 | 0 | 0 | 104.46 | 104.46 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/23/2015 | | 7336 | 0 | 0 | 0 | 104.46 | 104.46 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/28/2015 | Included | 5712 | 0 | 2664 | 0 | 88.02 | 88.02 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/28/2015 | | 5712 | 0 | 2664 | 0 | 88.02 | 88.02 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/29/2015 | Included | 495 | 6 | 0 | 0 | 7.51 | 7.51 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/29/2015 | | 495 | 6 | 0 | 0 | 7.51 | 7.51 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/30/2015 | Included | 28578 | 0 | 4143 | 0 | 411.78 | 411.78 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER | 13538201 | 04/30/2015 | | 28578 | 0 | 4143 | 0 | 411.78 | 411.78 |
| Totals for User | 101050 | UHROWCZIK,JENNIFER | 13538201 | | | 42121 | 6 | 6807 | 0 | 611.77 | 611.77 |
| Totals for Client | 101050 | | | | | 42121 | 6 | 6807 | 0 | 611.77 | 611.77 |

Ex. F - Notice of Lodgment



**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 04/06/2015

Usage From: 01/01/2015   to: 03/31/2015

## Account Summary

| | | |
|---|---|---|
| **Pages:** | 26,736 | **Account #:** |
| Rate: | $0.10 | **Invoice #:**  2637106-Q12015 |
| Subtotal: | $2,673.60 | **Due Date:**  05/08/2015 |
| | | **Amount Due:**  $2,673.60 |
| **Audio Files:** | 0 | |
| Rate: | $2.40 | |
| Subtotal: | $0.00 | |

**Current Billed Usage:**  $2,673.60

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours:  8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Previous Balance:**  $0.00

Current Balance:  **$2,673.60**

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

## Total Amount Due:  $2,673.60

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at **www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

Questions about the invoice?
Visit **www.pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 05/08/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $2,673.60, will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

Ex. F - Notice of Lodgment

Page 250

| Sum of Cost | |
| --- | --- |
| Client Code | Total |

| 101050 | 2.9 | Carnes v Atria |

*TOKUTOMI & ASSOCIATES*
*LORI K. TOKUTOMI*
*CERTIFIED SHORTHAND REPORTERS*
*3220 ALHAMBRA AVENUE*
*MARTINEZ, CALIFORNIA 94553*
*(650) 291-7823*
*ONTHERECORD1@GMAIL.COM*

**To:**  Schneider, Wallace, Cottrell, Konecky & Wotkyns        **Date:**  May 18, 2015
Mark T. Johnson, Attorney at Law                                **Invoice No:**  8131
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

**RE:** Thomas Carnes vs. Atria Senior Living

**Date Taken:** May 8, 2015

**Deposition of:**

| | | |
|---|---|---|
| Joshua Barber | Original + 1 Copy | $ 697.95 |
| Reporter's Certificate | | 30.00 |
| Per Diem | | 150.00 |
| ASCII/Condensed/Index | | 30.00 |
| Exhibits | | 14.40 |
| Delivery/handling (includes sealed Original) | | 30.00 |
| Total Due Upon Receipt | | $ 952.35 |

Reported by: Danielle Miske, CSR 9545

Thank you

Ex. F - Notice of Lodgment

Page 252



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|---|---|
| 05/29/2015 | 7610 |
| Terms | Due Date |
| See below | 05/28/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell |
| Brayton Konecky LLP |
| Ste 2000 |
| 180 Montgomery St |
| San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/29/2015 | Carnes v Atria - Monthly hosting May, 2015 $1269.74 due now - $1350.39 deferred | | | |
| 05/29/2015 | Relativity (Basic) per GB | 9.87 | 37.50 | 370.13 |
| 05/29/2015 | User-Relativity per user | 10 | 225.00 | 2,250.00 |
| | | | Total | $2,620.13 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**



ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE # 831921509 | WEST INFORMATION CHARGES INVOICE<br>MAY 01, 2015 - MAY 31, 2015 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| WEST INFORMATION CHARGES | | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

FOR BILLING INFORMATION CALL                                                                              A
     1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #                     831921509
INVOICE DATE              06/01/2015                           WEST INFORMATION CHARGES
ACCOUNT #                                                         MAY 01, 2015 - MAY 31, 2015
VENDOR #                    41-1426973
VAT REG#                    EU826006554

AMOUNT DUE IN USD
DUE DATE                     07/01/2015
AMOUNT ENCLOSED IN USD _____

Thomson Reuters - West                          SCHNEIDER WALLACE COTTRELL ET AL
Payment Center                                       180 MONTGOMERY ST STE 2000
P.O. Box 6292                                         SAN FRANCISCO CA  94104-4207
Carol Stream, IL 60197-6292

0831921509 00000000000000000000000 20150601 ZCPG 000672708 0010 1000824005 2

Ex. F - Notice of Lodgment

Page 254

| Usage Type Desc | Client | User Name | Contact ID | Day | Special Off | Database | Transactio | Docs/Lines | Connect Ti | Special Pri | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/05/2015 | Included | 1120 | | 666 | 0 | 21.04 | 21.04 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/05/2015 | | | 1 | 666 | 0 | 21.04 | 21.04 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/06/2015 | Included | 1304 | | 2084 | 0 | 31.03 | 31.03 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/06/2015 | | | 2 | 2084 | 0 | 31.03 | 31.03 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/18/2015 | Included | 11187 | | 2676 | 0 | 217.10 | 217.10 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/18/2015 | | | 2 | 2676 | 0 | 217.10 | 217.10 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/19/2015 | Included | 23893 | | 2928 | 0 | 454.94 | 454.94 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/19/2015 | | | 0 | 2928 | 0 | 454.94 | 454.94 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/20/2015 | Included | 0 | | 0 | | 14.80 | 14.80 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 05/20/2015 | | | 10 | 0 | | 14.80 | 14.80 |
| Totals for User | 101050 | UHROWCZIK,JENNIFER A | | | 37504 | | 13 | 8354 | 0 | 738.90 | 738.90 |
| Totals for Client | 101050 | UHROWCZIK,JENNIFER A | 13538201 | | 37504 | | 13 | 8354 | 0 | 738.90 | 738.90 |
| Totals for Spec Offer | | CARNES V ATRIA 1 JOHNSON,MARK | 8086822 | 05/08/2015 | Included | 0 | | 0 | | 1.09 | 1.09 |
| Totals for Day | | CARNES V ATRIA 1 JOHNSON,MARK | 8086822 | 05/08/2015 | | | 1 | 0 | 0 | 1.09 | 1.09 |
| Totals for User | | CARNES V ATRIA 1 JOHNSON,MARK | 8086822 | | | | 1 | 0 | 0 | 1.09 | 1.09 |
| Totals for Client | | CARNES V ATRIA 1 | 8086822 | | | | 1 | 0 | 0 | 1.09 | 1.09 |



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/22/2015 | 7656 |
| Terms | Due Date |
| See below | 06/21/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell Brayton Konecky LLP Ste 2000 180 Montgomery St San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|-----------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|--------------------|----------|------|--------|
| 06/22/2015 | Carnes v Atria | | | |
| | $27.09 due now - $98.30 deferred | | | |
| 06/22/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
| 06/22/2015 | OCR (Western language) per page | 259 | 0.015 | 3.89 |
| 06/22/2015 | Processing - Intake based per GB | 0.04 | 225.00 | 9.00 |
| | | | Total | $125.39 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**

Ex. F - Notice of Lodgment

Page 256

*TOKUTOMI & ASSOCIATES*
*LORI K. TOKUTOMI*
*CERTIFIED SHORTHAND REPORTERS*
*3220 ALHAMBRA AVENUE*
*MARTINEZ, CALIFORNIA 94553*
*(650) 291-7823*
*ONTHERECORD1@GMAIL.COM*

**To:**  Schneider, Wallace, Cottrell, Konecky & Wotkyns       **Date:**  June 23, 2015
Mark T. Johnson, Attorney at Law                          **Invoice No:**  8135
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

**RE:**  Thomas Carnes, et al., vs Atria Senior Living

**Date Taken:**  June 5, 2015

**Deposition of:**

| | | |
|---|---|---|
| Michelle Damante | Original + 1 Copy | $ 455.40 |
| Reporter's Certificate | | 30.00 |
| Per Diem | | 100.00 |
| ASCII/Condensed/Index | | 30.00 |
| Exhibits | | 4.40 |
| Delivery/handling (includes sealed Original) | | 30.00 |
| Total Due Upon Receipt | | $ 649.80 |

Reported by:  Danielle Miske, CSR 9545

Thank you

Ex. F - Notice of Lodgment

Page 257



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/30/2015 | 7664 |
| Terms | Due Date |
| See below | 06/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 06/30/2015 | Carnes v Atria Monthly Hosting - June, 2015<br>$1338.60 due now - $2572.65 deferred | | | |
| 06/30/2015 | Relativity (Basic) per GB | 44.3 | 37.50 | 1,661.25 |
| 06/30/2015 | User-Relativity per user | 10 | 225.00 | 2,250.00 |
| | | | Total | $3,911.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**

Ex. F - Notice of Lodgment

Page 258



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/30/2015 | 7667 |
| Terms | Due Date |
| See below | 06/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 06/30/2015 | Carnes v Atria Ingestion<br>$22.50 due now - $90.00 deferred | | | |
| 06/30/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
|  |  |  | Total | $112.50 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**
**Federal ID#: 46-4654867**

Ex. F - Notice of Lodgment

Page 259

ACCT#

 **THOMSON REUTERS**

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

| INVOICE #  832098588 | WEST INFORMATION CHARGES INVOICE<br>JUN 01, 2015 - JUN 30, 2015 | | PAGE<br>1 |
|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD |
| **WEST INFORMATION CHARGES** | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**
   1-800-328-4880

A

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| INVOICE # | 832098588 |
| INVOICE DATE | 07/01/2015 |
| ACCOUNT # | |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |

WEST INFORMATION CHARGES
JUN 01, 2015 - JUN 30, 2015

**AMOUNT DUE IN USD**
**DUE DATE**          07/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

SCHNEIDER WALLACE COTTRELL ET AL
180 MONTGOMERY ST STE 2000
SAN FRANCISCO CA  94104-4207

0832098588 0000000000000000000000 20150701 ZCPG 000706108 0010 1000824005 4

Ex. F - Notice of Lodgment

Page 260

| Usage Type Desc. | Client | User Name | Contact ID | Day | Special Off | Database | Transactio | Docs/Lines | Connect Ti | Special Pri | Tax Amou | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/02/2015 | Included | 0 | 40 | 0 | 0 | 59.45 | 0.00 | 59.45 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/02/2015 | | 0 | 40 | 0 | 0 | 59.45 | 0.00 | 59.45 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/24/2015 | Included | 0 | 3 | 0 | 0 | 9.49 | 0.00 | 9.49 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/24/2015 | | 0 | 3 | 0 | 0 | 9.49 | 0.00 | 9.49 |
| Totals for Spec Offer | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/26/2015 | Included | 0 | 3 | 0 | 0 | 6.37 | 0.00 | 6.37 |
| Totals for Day | 101050 | UHROWCZIK,JENNIFER A | 13538201 | 06/26/2015 | | 0 | 3 | 0 | 0 | 6.37 | 0.00 | 6.37 |
| Totals for User | 101050 | UHROWCZIK,JENNIFER A | 13538201 | | | 0 | 46 | 0 | 0 | 75.31 | 0.00 | 75.31 |
| Totals for Client | 101050 | | | | | 0 | 46 | 0 | 0 | 75.31 | 0.00 | 75.31 |

Ex. F - Notice of Lodgment

Page 261



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-098-38629 | Jul 17, 2015 | | 1 of 4 |

FedEx Tax ID:  71-0427007

**Billing Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Shipping Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      (800) 622-1147
                 M-F 7 AM to 8 PM CST
                 Sa 7 AM  to 6 PM CST
Fax:         (800) 548-3020
Internet:   www.fedex.com

**Invoice Summary Jul 17, 2015**

**FedEx Express Services**
Transportation Charges
Earned/Grace Discount
Bonus Discounts
Special Handling Charges
Total Charges                              USD

**TOTAL THIS INVOICE**             **USD**

You saved $49.04 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.
Other discounts may apply.

---

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 5-098-38629 | | |

**Remittance Advice**
**Your payment is due by Aug 01, 2015**

22911226509838629480000961987

SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

FedEx
P.O. Box 7221
Pasadena CA  91109-7321



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-098-38629 | Jul 17, 2015 | · | 3 of 4 |

**FedEx Express Shipment Detail By Payor Type (Original)**

FedEx Use    00000000/0001s?0/_    Total Charge    USD    $51.59

Ship Date: Jul 08, 2015    Cust. Ref.: 101050    Ref.#2:
Payor: Shipper    Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 362.24
Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sintia S Saenz | Ben Sexton | |
| Tracking ID | 774010495850 | Schneider Wallace Cottrell Kon | Alloy Group | |
| Service Type | FedEx 2Day A.M. | 2000 Powell Street | Two Appletree Square, Suite 23 | |
| Package Type | FedEx Envelope | EMERYVILLE CA 94608 US | MINNEAPOLIS MN 55425 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.03 |
| Delivered | Jul 10, 2015 09:37 | Automation Bonus Discount | | -2.50 |
| Svc Area | A1 | Earned Discount | | -5.76 |
| Signed by | C.REIDEL | Fuel Surcharge | | 0.67 |
| FedEx Use | 000000000/0000007/_ | **Total Charge** | USD | **$17.44** |



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 07/30/2015 | 7704 |

| Terms | Due Date |
|-------|----------|
| See below | 07/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 07/30/2015 | Carnes v Atria Ingestion | | | |
| | $11.25 due now - $45.00 deferred | | | |
| 07/30/2015 | Tech time - Tier 1 per hour | 0.25 | 225.00 | 56.25 |
| | | | Total | $56.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|---|---|
| 07/30/2015 | 7705 |
| Terms | Due Date |
| See below | 07/29/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/30/2015 | Carnes v Atria | | | |
| | Process, OCR PDFs from USB, generate load file and import | | | |
| | Import load file: ATRIA 080853 - ATRIA 081096 | | | |
| | $56.98 due now - $188.77 deferred | | | |
| 07/30/2015 | Tech time - Tier 1 per hour | 0.75 | 225.00 | 168.75 |
| 07/30/2015 | OCR (Western language) per page | 918 | 0.015 | 13.77 |
| 07/30/2015 | Processing - Intake based per GB | 0.2810222 | 225.00 | 63.23 |
| | | | Total | $245.75 |

**Domestic Wire Transfer information:**
Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416
651-289-2222 phone  651-289-0200 fax
Alloy Group LLC ABA Routing: 091017196 - Acct: 036780



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 07/30/2015 | 7731 |

| Terms | Due Date |
|-------|----------|
| See below | 07/29/2016 |

**Bill To**

Schneider Wallace Cottrell
Brayton Konecky LLP
Ste 2000
180 Montgomery St
San Francisco, CA  94104

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 07/30/2015 | Carnes v Atria Monthly Hosting - July, 2015 $1869.20 due now - $3515.80 deferred | | | |
| 07/30/2015 | Relativity (Basic) per GB | 59.6 | 37.50 | 2,235.00 |
| 07/30/2015 | User-Relativity per user | 14 | 225.00 | 3,150.00 |
| 07/30/2015 | Users: sarah@stebnerassociates.com, sahmadian@mckennalong.com, mthamer@trinityinstitute.com, kellis@janssenlaw.com, kflick@mckennalong.com, chealey@mckennalong.com, tneedham@janssenlaw.com, tmyrick@mckennalong.com, smohney@mckennalong.com, smccoy@mckennalong.com, myarnall@janssenlaw.com, michael.potere@dentons.com, andy.jinnah@dentons.com, sgordon@schneiderwallace.com | | | |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

| | Total | $5,385.00 |
|--|-------|-----------|

Ex. F - Notice of Lodgment

Page 266



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|---|---|
| 07/30/2015 | 7732 |
| Terms | Due Date |
| See below | 07/29/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/30/2015 | Carnes v Atria<br>Import load file: ATRIA 081097 - ATRIA 097674<br>ATRIA 067975 - ATRIA 098135<br>ATRIA 098136 - ATRIA 200311<br>$33.75 due now - $135.00 deferred | | | |
| 07/30/2015 | Tech time - Tier 1 per hour | 0.75 | 225.00 | 168.75 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

| | Total | $168.75 |
|---|---|---|



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-134-73716 | Aug 21, 2015 | | 1 of 5 |

FedEx Tax ID:  71-0427007

**Billing Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Shipping Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Invoice Questions?**
Contact FedEx Revenue Services
Phone:     (800) 622-1147
                  M-F 7 AM to 8 PM CST
                  Sa 7 AM  to 6 PM CST
Fax:         (800) 548-3020
Internet:   www.fedex.com

### Invoice Summary Aug 21, 2015

**FedEx Express Services**
Transportation Charges
Base Discount
Earned/Grace Discount
Bonus Discounts
Special Handling Charges
Return Surcharges
Total Charges                          USD                    $

**TOTAL THIS INVOICE**          **USD**                 **$**

You saved $101.54 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.
Other discounts may apply.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 5-134-73716 | | USD . |

### Remittance Advice
**Your payment is due by Sep 05, 2015**

22911226513473716100000147843 5

SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

FedEx
P.O. Box 7221
Pasadena CA  91109-7321

Ex. F - Notice of Lodgment

Page 268

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-134-73716 | Aug 21, 2015 | | 4 of 5 |

Ship Date: Aug 14, 2015     Cust. Ref.: 101050                    Ref.#2:
Payor: Shipper              Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 375.96
Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774291357650 | Sintia S Saenz | Ben Sexton | |
| Service Type | FedEx 2Day A.M. | Schneider Wallace Cottrell Kon | Alloy Group | |
| Package Type | FedEx Envelope | 2000 Powell Street | Two Appletree Square, Suite 23 | |
| Zone | 07 | EMERYVILLE CA  94608  US | MINNEAPOLIS MN  55425  US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.03 |
| Delivered | Aug 18, 2015 10:04 | Automation Bonus Discount | | -2.50 |
| Svc Area | A1 | Fuel Surcharge | | 0.50 |
| Signed by | LLOMBARD | Earned Discount | | -5.76 |
| FedEx Use | 000000000/0000007/_ | **Total Charge** | **USD** | **$17.27** |



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-127-23115 | Aug 14, 2015 | | 1 of 5 |

FedEx Tax ID:  71-0427007

**Billing Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Shipping Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      (800) 622-1147
                M-F 7 AM to 8 PM CST
                Sa 7 AM  to 6 PM CST
Fax:         (800) 548-3020
Internet:   www.fedex.com

## Invoice Summary Aug 14, 2015

**FedEx Express Services**
Transportation Charges
Base Discount
Earned/Grace Discount
Bonus Discounts
Special Handling Charges
Return Surcharges
Total Charges                    USD
**TOTAL THIS INVOICE**           **USD**

You saved $77.38 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.
Other discounts may apply.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 5-127-23115 | | |

## Remittance Advice
**Your payment is due by Aug 29, 2015**

229112265127231156000001447170

SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

FedEx
P.O. Box 7221
Pasadena CA  91109-7321

Ex. F - Notice of Lodgment

Page 270



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-127-23115 | Aug 14, 2015 | | 4 of 5 |

Ship Date: Aug 10, 2015          Cust. Ref: 101050          Ref.#2:
Payor: Shipper                            Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $375.96
Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sintia S Saenz | Ben Sexton | |
| Tracking ID | 774239905562 | Schneider Wallace Cottrell Kon | Alloy Group | |
| Service Type | FedEx 2Day A.M. | 2000 Powell Street | Two Appletree Square, Suite 23 | |
| Package Type | FedEx Envelope | EMERYVILLE CA 94608 US | MINNEAPOLIS MN 55425 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.03 |
| Delivered | Aug 12, 2015 09:57 | Fuel Surcharge | | 0.50 |
| Svc Area | A1 | Automation Bonus Discount | | -2.50 |
| Signed by | R.SEXTON | Earned Discount | | -5.76 |
| FedEx Use | 000000000/0000007/_ | **Total Charge** | **USD** | **$17.27** |

Ex. F - Notice of Lodgment

Page 271



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7777 |
| Terms | Due Date |
| See below | 08/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Carnes v Atria Monthly Hosting - August, 2015<br>$2685.64 due now - $5295.11 deferred | | | |
| 08/31/2015 | Relativity (Basic) per GB | 92.82 | 37.50 | 3,480.75 |
| 08/31/2015 | User-Relativity per user | 20 | 225.00 | 4,500.00 |
| 08/31/2015 | Users: sarah@stebnerassociates.com,<br>sahmadian@mckennalong.com,<br>mthamer@trinityinstitute.com, kellis@janssenlaw.com,<br>kflick@mckennalong.com, chealey@mckennalong.com,<br>tneedham@janssenlaw.com, tmyrick@mckennalong.com,<br>smohney@mckennalong.com, smccoy@mckennalong.com,<br>myarnall@janssenlaw.com, michael.potere@dentons.com,<br>andy.jinnah@dentons.com, sgordon@schneiderwallace.com,<br>afton.patterson@dentons.com,<br>kathryn.howard@dentons.com, laura.hinchey@dentons.com,<br>stephanie.l.williams@dentons.com,<br>tlloyd@schneiderwallace.com,<br>wendy.armstrong@dentons.com | | | |

| | Total | $7,980.75 |
|--|-------|-----------|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7778 |
| Terms | Due Date |
| See below | 08/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell
Brayton Konecky LLP
Ste 2000
180 Montgomery St
San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Carnes v Atria Document splitting
$11.25 due now – $45.00 deferred | | | |
| 08/31/2015 | Tech time - Tier 1 per hour | 0.25 | 225.00 | 56.25 |
| | | | Total | $56.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 273



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7779 |
| Terms | Due Date |
| See below | 08/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Carnes v Atria Process, OCR and import - ATRIA000001-ATRIA000283 ATRIA201850 $12.00 due now - $47.63 deferred | | | |
| 08/31/2015 | Tech time - Tier 1 per hour | 0.25 | 225.00 | 56.25 |
| 08/31/2015 | Processing - Intake based per GB | 0.015 | 225.00 | 3.38 |

| | Total | $59.63 |
|---|-------|--------|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
| --- | --- |
| 08/31/2015 | 7780 |
| Terms | Due Date |
| See below | 08/30/2016 |

| Bill To |
| --- |
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
| --- | --- | --- |
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| 08/31/2015 | Carnes v Atria Import load files - ATRIA375078-ATRIA477199 ATRIA477200-ATRIA496871 $22.50 due now - $90.00 deferred | | | |
| 08/31/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
| | | Total | | $112.50 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 275



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7781 |
| Terms | Due Date |
| See below | 08/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Carnes v Atria Manual document splitting and merging project<br>ATRIA717-1020<br>$67.50 due now - $270.00 deferred | | | |
| 08/31/2015 | Tech time - Tier 1 per hour | 1.5 | 225.00 | 337.50 |
| | | | Total | $337.50 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7782 |

| Terms | Due Date |
|-------|----------|
| See below | 08/30/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Carnes v Atria Import load files ATRIA200312-ATRIA201849 ATRIA201851-ATRIA294193 ATRIA080312-ATRIA080852   ATRIA294194-ATRIA375077 $56.25 due now - $225.00 deferred | | | |
| 08/31/2015 | Tech time - Tier 1 per hour | 1.25 | 225.00 | 281.25 |
| | | | Total | $281.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 277



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 08/31/2015 | 7775 |
| **Terms** | **Due Date** |
| Net 30 | 09/30/2015 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338000 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 08/31/2015 | Internal Users - August, 2015 | | | |
| 08/31/2015 | User-Relativity per user | 4 | 225.00 | 900.00 |
| 08/31/2015 | Users: ssaenz@schneiderwallace.com,<br>tschneider@schneiderwallace.com,<br>jrose@schneiderwallace.com,<br>rsteyer@schneiderwallace.com | | | |
| | | | **Total** | **$900.00** |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC  ABA Routing: 091017196 - Acct: 036780**

**WESTERN MESSENGER**
VOTED BEST MESSENGER SERVICE
2010, Recorder Newspaper

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 1156696 | | 9/09/15 | |

IF ORDERING (415)487-4100   BILLING DEPT 415-487-4277

**WESTERN MESSENGER SERVICE, INC**
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| | 1156696 |
| INVOICE DATE | PAGE |
| 9/09/15 | 1 |

SCHNEIDER WALLACE CATTRELL KONECKY
& WATKYNS LLP // JOHN HWANG
2000 POWELL STREET STE 1400
EMERYVILLE CA 94608

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4277
Fax 415-522-1847
Federal Tax I.D. #94-2598678
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DR# | DESCRIPTION | | | CHARGES |
|---|---|---|---|---|---|---|---|
| 9/03/15 | 3121728 | SAM 21:44 | RSH 989 | From:SCHNEIDER WALLACE CATTRELL KON 2000 POWELL STREET<br>To:USDC-SAN FRAN-NEW FILING  450 GOLDEN GATE AVENUE<br>101050 | EMERYVILLE<br>SAN FRANCISCO | | 40.75 |
| | | | | | | Total | |

Ex. F - Notice of Lodgment

Page 279

 **PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 07/07/2015

Usage From: 04/01/2015   to: 06/30/2015

## Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

| Account #: | |
| --- | --- |
| **Invoice #:** | 2637106-Q22015 |
| **Due Date:** | 08/07/2015 |
| **Amount Due:** | |

**Total Amount Due:** 

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's easy and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at **www.pacer.gov**

The PACER Federal Tax ID is: **74-2747938**

Questions about the invoice? Visit **www.pacer.gov/billing**

### NextGen CM/ECF

In the coming months, some courts will be preparing to implement the next generation (NextGen) CM/ECF system. To learn more about NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen information page at pacer.gov/nextgen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
· **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Lists all courts and notes NextGen CM/ECF-converted courts

---

*Please detach the coupon below and return with your payment.* **Thank you!**

 **PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
| --- | --- | --- |
| | 08/07/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $1,964.40, will be charged to the credit card on file up to 7 days before the due date.  Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit http://www.pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

Ex. F - Notice of Lodgment

Page 280

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| 2637106 | 00PCL | 06/03/201 | 101050 | 2 | 0 | $0.20 |
| 2637106 | CANDC | 04/06/201 | 101050 | 16 | 0 | $1.60 |
| 2637106 | CANDC | 06/03/201 | 101050 | 16 | 0 | $1.60 |
| 2637106 | CANDC | 06/04/201 | 101050 | 13 | 0 | $1.30 |
| 2637106 | CANDC | 06/05/201 | 101050 | 3 | 0 | $0.30 |
| | | | | | **Total** | $5.00 |

Ex. F - Notice of Lodgment

Page 281

*TOKUTOMI & ASSOCIATES*
*LORI K. TOKUTOMI*
*CERTIFIED SHORTHAND REPORTERS*
*3220 ALHAMBRA AVENUE*
*MARTINEZ, CALIFORNIA 94553*
*(650) 291-7823*
*ONTHERECORD1@GMAIL.COM*

**To:** Schneider, Wallace, Cottrell, Konecky & Wotkyns
Mark T. Johnson, Attorney at Law
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

**Date:** September 15, 2015
**Invoice No:** 8157

RE: Thomas Carnes, et al., vs Atria Senior Living

**Date Taken:** August 21, 2015

**Deposition of:**

| | | |
|---|---|---|
| Bryan Chamberlain | Original + 1 Copy | $ 826.50 |
| Reporter's Certificate | | 30.00 |
| Per Diem | | 150.00 |
| ASCII/Condensed/Index | | 30.00 |
| Exhibits | | 159.20 |
| Delivery/handling (includes sealed Original) | | 30.00 |
| Total Due Upon Receipt | | $ 1,225.70 |

Reported by: Kellie Summers, CSR 9686

Thank you

# Absolute GS

**Invoice**

PLEASE REMIT PAYMENT TO:
234 Bush Street
San Francisco , CA  94104
Phone: (415) 391-0574

| Invoice Date: | **Invoice #** |
|---|---|
| 9/28/2015 | 1509-2946 |

| **Bill To:** | **Ship To:** |
|---|---|
| Schneider Wallace Cottrell Konecky LLP<br>2000 Powell St., Ste. 1400<br>Emeryville, CA  94608 | |

| Reference | Terms | Rep | Job Received | Requested By |
|---|---|---|---|---|
| CARNES | Due on rec... | OB | 9/25/2015 | John Hwang |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20,503 | Blowbacks ... | BLOWBACKS (B&W)  3 Hours Techtime For File Download Included | 0.09 | 1,845.27 |

| | |
|---|---|
| Subtotal | $1,845.27 |
| Sales Tax (8.75%) | $161.46 |
| **Total** | $2,006.73 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,006.73 |

Signature:_____   Date:___/____/___

Phone #   415.391.0574        Fax #   415.391.2344        www.absoluteGS.com
Absolute Graphic Solutions, 234 Bush Street, San Francisco CA 94104

Ex. F - Notice of Lodgment

Page 283



**Alloy Group LLC**
**SEND PAYMENTS TO:**
VB Box #150
PO Box 9202
Minneapolis, MN  55480-9202

(612)328-9920

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/29/2015 | 7824 |

| Terms | Due Date |
|-------|----------|
| See below | 09/28/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 09/29/2015 | Carnes v Atria Monthly Hosting - September, 2015<br>$2689.90 due now - $5370.73 deferred | | | |
| 09/29/2015 | Relativity (Basic) per GB | 94.95 | 37.50 | 3,560.63 |
| 09/29/2015 | User-Relativity per user | 20 | 225.00 | 4,500.00 |
| 09/29/2015 | Users: sarah@stebnerassociates.com,<br>sahmadian@mckennalong.com,<br>mthamer@trinityinstitute.com, kellis@janssenlaw.com,<br>kflick@mckennalong.com, chealey@mckennalong.com,<br>tneedham@janssenlaw.com, tmyrick@mckennalong.com,<br>smohney@mckennalong.com, smccoy@mckennalong.com,<br>myarnall@janssenlaw.com, michael.potere@dentons.com,<br>andy.jinnah@dentons.com, sgordon@schneiderwallace.com,<br>afton.patterson@dentons.com,<br>kathryn.howard@dentons.com, laura.hinchey@dentons.com,<br>stephanie.l.williams@dentons.com,<br>tlloyd@schneiderwallace.com,<br>wendy.armstrong@dentons.com | | | |

Domestic Wire Transfer information:
Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416
651-289-2222 phone  651-289-0200 fax
Alloy Group LLC ABA Routing: 091017196 - Acct: 036780

| Total | $8,060.63 |
|-------|-----------|



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/29/2015 | 7825 |
| Terms | Due Date |
| See below | 09/28/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 09/29/2015 | Carnes v Atria Export Hot Docs to PDF.  Setup FTP access<br>$33.75 due now - $135.00 deferred | | | |
| 09/29/2015 | Tech time - Tier 1 per hour | 0.75 | 225.00 | 168.75 |
| | | | **Total** | **$168.75** |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/29/2015 | 7822 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/29/2015 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338000 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 09/29/2015 | Internal Users - September 2015 | | | |
| 09/29/2015 | User-Relativity per user | 2 | 225.00 | 450.00 |
| 09/29/2015 | Users: ssaenz@schneiderwallace.com,<br>tschneider@schneiderwallace.com | | | |
| | | | Total | $450.00 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC  ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 286

ACCT#

SCHNEIDER WALLACE COTTRELL ET AL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

 THOMSON REUTERS

| INVOICE #  832654246 | WEST INFORMATION CHARGES INVOICE SEP 01, 2015 - SEP 30, 2015 | | | PAGE 1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE IN USD | TAX IN USD | TOTAL CHARGE IN USD |
| WEST INFORMATION CHARGES | | | 0.00 | |

**IMPORTANT NEWS**
Thank you for your business.  For more information about us, or your account, please visit us on the web at
legalsolutions.thomsonreuters.com
PLEASE MAKE CHECKS PAYABLE TO: THOMSON REUTERS-WEST PUBLISHING CORP.

**FOR BILLING INFORMATION CALL**                                                        A
1-800-328-4880

RETURN BOTTOM PORTION WITH PAYMENT

INVOICE #                    832654246
INVOICE DATE              10/01/2015                          WEST INFORMATION CHARGES
ACCOUNT #                                                     SEP 01, 2015 - SEP 30, 2015
VENDOR #                    41-1426973
VAT REG#                    EU826006554

**AMOUNT DUE IN USD**
DUE DATE                    10/31/2015
**AMOUNT ENCLOSED IN USD** _____

Thomson Reuters - West                      SCHNEIDER WALLACE COTTRELL ET AL
Payment Center                              2000 POWELL ST STE 1400
P.O. Box 6292                               EMERYVILLE CA  94608-1804
Carol Stream, IL 60197-6292

0832654246 00000000000000000000000 20151001 ZCPG 000680108 0010 1000824005 4

Ex. F - Notice of Lodgment

Page 287

**Account:** SCHNEIDER WALLACE COTTRELL ET AL, EMERYVILLE CA (1000824005)
**Date Range:** September 01, 2015 - September 30, 2015
**Report Format:** Summary--Account by Client
**Products:** Westlaw, WestlawNext

| Client CARNES | | | |
|---|---|---|---|
| Totals for Included | 78.66 USD | 0.00 USD | 78.66 USD |
| Totals for Client CARNES | 78.66 USD | 0.00 USD | 78.66 USD |

Ex. F - Notice of Lodgment

Page 288



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-200-77980 | Oct 23, 2015 | | 1 of 4 |

FedEx Tax ID:  71-0427007

**Billing Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Shipping Address:**
SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147
          M-F 7 AM to 8 PM CST
          Sa 7 AM  to 6 PM CST
Fax:      (800) 548-3020
Internet:  www.fedex.com

### Invoice Summary Oct 23, 2015

**FedEx Express Services**
Transportation Charges
Base Discount
Earned/Grace Discount
Bonus Discounts
Special Handling Charges
Return Surcharges
Total Charges                          USD

**TOTAL THIS INVOICE**                 **USD**

You saved $55.68 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.
Tendered Date is the date the shipper gave possession of the shipment
to FedEx and is used for rate calculations and currency conversions.
Ship Date is the date for start of transit time
Other discounts may apply.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 5-200-77980 | 2291-1226-0 | |

## Remittance Advice
**Your payment is due by Nov 07, 2015**

2291122652007798083000010553536

SCHNEIDER WALLACE COTTRELL
2000 POWELL ST STE 1400
EMERYVILLE CA  94608-1804

FedEx
P.O. Box 7221
Pasadena CA  91109-7321



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-200-77980 | Oct 23, 2015 | | 3 of 4 |

Ship Date: Oct 15, 2015          Cust. Ref: 101050          Ref.#2:
Payor: Shipper                   Ref.#3:
Tendered Date: Oct 14, 2015

The Earned Discount for this Tendered Date has been calculated based on a revenue threshold of $ 367.04
Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 774743374805 | Sintia S Saenz | Ben Sexton |
| Service Type | FedEx Priority Overnight | Schneider Wallace Cottrell Kon | Alloy Group |
| Package Type | FedEx Envelope | 2000 Powell Street | Two Appletree Square, Suite 23 |
| Zone | 07 | EMERYVILLE CA  94608  US | MINNEAPOLIS MN  55425  US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 36.70 |
| Delivered | Oct 16, 2015 09:43 | Automation Bonus Discount | -3.67 |
| Svc Area | A1 | Earned Discount | -9.18 |
| Signed by | N.PATRICK | Fuel Surcharge | 0.24 |
| FedEx Use | 000000000/0000241/_ | **Total Charge**          USD | **$24.09** |



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-200-77980 | Oct 23, 2015 | | 4 of 4 |

Ship Date: Oct 19, 2015         Cust. Ref.: 101050        Ref.#2:
Payor: Shipper                   Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 375.54
Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Sintia S Saenz | Ben Sexton | |
| Tracking ID | 774775016410 | Schneider Wallace Cottrell Kon | Alloy Group | |
| Service Type | FedEx Priority Overnight | 2000 Powell Street | Two Appletree Square, Suite 23 | |
| Package Type | FedEx Envelope | EMERYVILLE CA  94608  US | MINNEAPOLIS MN  55425  US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 36.70 |
| Delivered | Oct 20, 2015 09:43 | Fuel Surcharge | | 0.24 |
| Svc Area | A1 | Earned Discount | | -9.18 |
| Signed by | B.SEXTON | Automation Bonus Discount | | -3.67 |
| FedEx Use | 000000000/0000241/ | Total Charge | USD | $24.09 |

| | | |
|---|---|---|
| Shipper Subtotal | USD | |
| Total FedEx Express | USD | |



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2015 | 7903 |
| Terms | Due Date |
| See below | 10/29/2016 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 10/30/2015 | Carnes v Atria Monthly Hosting - October, 2015 | | | |
| | $2705.60 due now - $5649.40 deferred | | | |
| 10/30/2015 | Relativity (Basic) per GB | 102.8 | 37.50 | 3,855.00 |
| 10/30/2015 | User-Relativity per user | 20 | 225.00 | 4,500.00 |
| 10/30/2015 | Users: sarah@stebnerassociates.com, | | | |
| | sahmadian@mckennalong.com, | | | |
| | mthamer@trinityinstitute.com, kellis@janssenlaw.com, | | | |
| | kflick@mckennalong.com, chealey@mckennalong.com, | | | |
| | tneedham@janssenlaw.com, tmyrick@mckennalong.com, | | | |
| | smohney@mckennalong.com, smccoy@mckennalong.com, | | | |
| | myarnall@janssenlaw.com, michael.potere@dentons.com, | | | |
| | andy.jinnah@dentons.com, sgordon@schneiderwallace.com, | | | |
| | afton.patterson@dentons.com, | | | |
| | kathryn.howard@dentons.com, laura.hinchey@dentons.com, | | | |
| | stephanie.l.williams@dentons.com, | | | |
| | tlloyd@schneiderwallace.com, | | | |
| | wendy.armstrong@dentons.com | | | |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

| | Total | $8,355.00 |
|---|---|---|

Ex. F - Notice of Lodgment

Page 292



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2015 | 7904 |
| Terms | Due Date |
| See below | 10/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|--------------------|---------|------|--------|
| 10/30/2015 | Carnes v Atria Export multiple page docs and split into single page load files.  Load into folder structure per instructions.  Work performed 10/28/15  $90.00 due now - $360.00 deferred | | | |
| 10/30/2015 | Tech time - Tier 1 per hour | 2 | 225.00 | 450.00 |

| | Total | $450.00 |
|--|-------|---------|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2015 | 7911 |

| Terms | Due Date |
|-------|----------|
| See below | 10/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 10/30/2015 | Carnes v Atria Processing DSS files.  Load creation.<br>Ingestion in Relativity.  Work performed 10/20/15, 10/21/15<br>$211.50 due now - $751.50 deferred | | | |
| 10/30/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
| 10/30/2015 | Processing - Intake based per GB | 3.78 | 225.00 | 850.50 |

| | Total | $963.00 |
|--|-------|---------|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 294



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2015 | 7912 |
| Terms | Due Date |
| See below | 10/29/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 10/30/2015 | Carnes v Atria Processing DSS files.  Load file creation.<br>Ingestion in Relativity.  Work performed 10/16/15<br>$80.00 due now - $291.25 deferred | | | |
| 10/30/2015 | Tech time - Tier 1 per hour | 0.5 | 225.00 | 112.50 |
| 10/30/2015 | Processing - Intake based per GB | 1.15 | 225.00 | 258.75 |
| | | | Total | $371.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 295



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2015 | 7901 |
| Terms | Due Date |
| Net 30 | 11/29/2015 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338000 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 10/30/2015 | Internal Users - October 2015 | | | |
| 10/30/2015 | User-Relativity per user | 2 | 225.00 | 450.00 |
| 10/30/2015 | Users: ssaenz@schneiderwallace.com,<br>tschneider@schneiderwallace.com | | | |
| | | | Total | $450.00 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC  ABA Routing: 091017196 - Acct: 036780**

 **PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date:  10/07/2015

Usage From:  07/01/2015    to:  09/30/2015

## Account Summary

**Pages:**
Rate:
Subtotal:

**Audio Files:**
Rate:
Subtotal:

**Current Billed Usage:**

**Previous Balance:**

Current Balance:

| | |
|---|---|
| **Account #:** | |
| **Invoice #:** | 2637106-Q32015 |
| **Due Date:** | 11/09/2015 |
| **Amount Due:** | |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for
detailed billing transactions,
instructions for disputing
transactions, FAQs, and more.

It's quick and easy to pay your
bill online with a credit card. Visit
**the Manage My Account** section
of the PACER Service Center
website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

## *Total Amount Due:* 

### NextGen CM/ECF

In August, the Kansas District and Alaska Bankruptcy courts implemented the next generation
(NextGen) CM/ECF system. Throughout fall 2015, several other courts plan to convert to the
new system. monitor your court's website for additional information. To learn more about
NextGen CM/ECF, and how it may affect you and your firm/office, visit the NextGen
information page at pacer.gov/nextgen.

· **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen
  conversion
· **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training
  for new NextGen features
· **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related
  questions

Questions about the invoice?
Visit **pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**

 **PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| | 11/09/2015 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars
payable to: PACER Service Center. Include your account ID on the check or money
order.

This account is registered for automatic billing.  The total amount due,
$2,204.90, will be charged to the credit card on file up to 7 days before the due
date.  Charges will appear on your credit card statement as: PACER
800-676-6856 IR.

*Visit pacer.gov for address changes.*

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Schneider Wallace Cottrell Konecky Wotkyns
Todd M Schneider
180 Montgomery St
Suite 2000
San Francisco, CA 94104

Ex. F - Notice of Lodgment

| Sum of Cost | | |
|---|---|---|
| Client Code | Total | |
| 101050 | 10.6 | Carnes |
| 1-1050 | 0.9 | Carnes |
| CARNES | 0.9 | |



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2015 | 7914 |
| Terms | Due Date |
| See below | 11/15/2016 |

| Bill To |
|---------|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|------------|----------|----------------|
| SCH001 | 338012 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|------|---------------------|----------|------|--------|
| 11/16/2015 | Carnes v Atria Export - Process, OCR, Export Plaintiff production.  Work performed 11/12/15. $52.75 due now - $201.50 deferred | | | |
| 11/16/2015 | Tech time - Tier 1 per hour | 0.75 | 225.00 | 168.75 |
| 11/16/2015 | Processing - Intake based per GB | 0.38 | 225.00 | 85.50 |
| | | | Total | $254.25 |

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 299



**Alloy Group LLC**
**SEND PAYMENTS TO:**
**VB Box #150**
**PO Box 9202**
**Minneapolis, MN  55480-9202**

**(612)328-9920**

# Invoice

| Date | Invoice # |
|---|---|
| 11/29/2015 | 7923 |
| **Terms** | **Due Date** |
| Net 30 | 12/29/2015 |

| Bill To |
|---|
| Schneider Wallace Cottrell<br>Brayton Konecky LLP<br>Ste 2000<br>180 Montgomery St<br>San Francisco, CA  94104 |

| Contract # | Matter # | Client Contact |
|---|---|---|
| SCH001 | 338000 | Todd Schneider |

| Date | Service Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/29/2015 | Internal Users - November 2015 | | | |
| 11/29/2015 | User-Relativity per user | 2 | 225.00 | 450.00 |
| 11/29/2015 | Users: ssaenz@schneiderwallace.com, tschneider@schneiderwallace.com | | | |

| | Total | $450.00 |
|---|---|---|

**Domestic Wire Transfer information:**
**Venture Bank - 6210 Wayzata Blvd - Golden Valley MN 55416**
**651-289-2222 phone  651-289-0200 fax**
**Alloy Group LLC  ABA Routing: 091017196 - Acct: 036780**

Ex. F - Notice of Lodgment

Page 300