UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CARNES,<br><br>        Plaintiff,<br><br>    v.<br><br>ATRIA SENIOR LIVING, INC.,<br><br>        Defendant. | Case No. 14-cv-02727-VC<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 105 |

      The hearing on the motion for final settlement approval is continued to July 7, 2016 at 10 am. The plaintiffs shall serve this Order on anyone who has filed any sort of objection (regardless of whether the plaintiffs believe the objection is procedurally proper).

      **IT IS SO ORDERED.**

Dated: June 21, 2016

_____
VINCE CHHABRIA
United States District Judge