# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| THOMAS CARNES, by and through his Guardian ad Litem, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATRIA SENIOR LIVING and DOES 1 Through 100,<br><br>Defendants. | Case No. 3:14-cv-02727-VC<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND ORDER APPROVING CLASS ACTION SETTLEMENT**<br><br>Date:   June 30, 2016<br>Time:   10:00 a.m.<br>Place:  Courtroom 4<br>Judge:  Hon. Vince Chhabria |

On or about June 30, 2016, this Court granted Plaintiff's motion for class action settlement approval and separate application for attorneys' fees, reimbursement of litigation costs and service awards to the named Plaintiff (herein "Final Approval Order").  In accordance with the Final Approval Order and the parties' Stipulation of Settlement filed February 11, 2016, Dkt. No. 93-3, (herein "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Final Judgment and Order ("Judgment") incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation unless set forth differently herein. The terms of the Stipulation are fully incorporated in this judgment as if set forth fully here.

2. The Court has jurisdiction over the subject matter of this action and all Parties to the action, including all Settlement Class Members.

3. As set forth in the Final Approval Order, which is incorporated herein, the Court approves the settlement as set forth in the Stipulation, and finds that the settlement is in all respects fair, reasonable, adequate and just to the Settlement Class Members.

4. Pursuant to Federal Rules of Civil Procedure, Rule 23(c), for purposes of settlement only, the Court certifies the following Settlement Class:  Plaintiff and all similarly situated persons who resided at one of the California assisted living facilities owned, managed and/or operated by Defendant at any time between June 12, 2010 through and including March 17, 2016 (the "Class Period").  Excluded from the Settlement Class are:  (i) Defendant and its officers, directors and employees; (ii) any person who files a valid and timely Request for Exclusion, as described in more detail below; and (iii) the Judges to whom this Action and the Other Actions are assigned and any members of their immediate families.

5. Excluded from the Settlement Class are all persons who submitted valid requests for exclusion who are listed on **Exhibit 1** attached hereto. The persons listed in **Exhibit 1** are not bound by this Judgment or the terms of the Stipulation.

6. Pursuant to Federal Rules of Civil Procedure, Rule 23(c)(3), for purposes of settlement only, all such Persons who satisfy the Settlement Class definition above, except those

Persons who timely and validly excluded themselves from the Settlement Class, are Settlement Class Members bound by this Judgment and the terms of the Stipulation.

7. Pursuant to Federal Rules of Civil Procedure, Rule 23(a), for purposes of settlement only, the Court finds that Plaintiff Thomas Carnes, by and through his Guardian Ad Litem and legal successor, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated, is a member of the Settlement Class, has claims typical of the Settlement Class claims, and will fairly and adequately protect the interests of the Settlement Class throughout the settlement approval proceedings in the Action. Accordingly, Thomas Carnes, by and through his Guardian Ad Litem and legal successor, Juliana Christine Clegg, on his own behalf and on behalf of others similarly situated, is properly appointed as the Class Representative for purposes of settlement only.

8. The Settlement Class meets all requirements of Federal Rules of Civil Procedure, including Rules 23(a) and (b)(3) for certification of the Settlement Class for purposes of settlement only, including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the Class Representative and Class Counsel; (e) predominance of common questions of fact and law; and (f) superiority.

9. Having considered the factors set forth in Federal Rules of Civil Procedure, Rule 23(g)(1), the Court finds that Class Counsel are properly appointed to represent the Settlement Class Members for purposes of settlement only and they have fairly and adequately represented the Settlement Class for purposes of entering into and implementing the settlement.

10. The Court has again reviewed the notice and accompanying documents that were sent or made available to the Settlement Class Members and finds that the "best practicable" notice was given to the Settlement Class and that the notice was "reasonably calculated" to (a) describe the Action and the Plaintiff's and each Settlement Class Member's rights in it, and (b) apprise Settlement Class Members and interested parties of the pendency of the Action and of their right to be excluded from the settlement and the Settlement Class or to have their objections to the settlement heard. *See Phillips Petroleum Co. v. Shutts*, 472 U.S. 797, 810 (1985). The Court further finds that Settlement Class Members were given a reasonable opportunity to opt out

of the Action and that they were adequately represented by Plaintiff and Class Counsel. *See Id.* The Court thus reaffirms its findings that the notice given to the Settlement Class satisfies the requirements of due process and holds that it has personal jurisdiction over all Settlement Class Members.

11. The Stipulation and this Judgment are not admissions of liability, fault or wrongdoing by Defendant or the Released Parties, or a finding of the validity of any claims in the Action or of any wrongdoing or violation of law by Defendant or the Released Parties. Neither this Judgment, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by Defendant, the Released Parties, or any of them. Notwithstanding the foregoing, nothing in this Judgment shall be interpreted to prohibit the use of this Judgment in a proceeding to consummate or enforce the Stipulation, the Final Approval Order, or this Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

12. Defendant is hereby ordered to comply with the terms of the Stipulation of Settlement.

13. Upon the Effective Date, and subject to fulfillment of all of the terms of the Stipulation, each and every Releasing Party shall be permanently barred and enjoined from initiating, asserting and/or prosecuting any Released Claim against any Released Party in any court or any forum.

14. The Plaintiff and all Settlement Class Members shall, as of the Effective Date, conclusively be deemed to have acknowledged that the Released Claims may include claims, rights, demands, causes of action, liabilities, suits, damages, losses or injury that are not known or suspected to exist as of the Effective Date. The Plaintiff and all Settlement Class Members nonetheless release all such Released Claims against the Released Parties. Further, as of the Effective Date, the Plaintiff and all Settlement Class Members shall be deemed to have waived any and all protections, rights and benefits of California Civil Code section 1542 and any comparable statutory or common law provision of any other jurisdiction.

15. Upon the Effective Date, and subject to fulfillment of all of the terms of the Stipulation, the Court hereby dismisses with prejudice the Action, and all Released Claims against each and all Released Parties and without costs to any of the Parties as against the others. Notwithstanding the foregoing, this Order does not dismiss any claims that have been or may be asserted in the future by any persons or entities who have validly and timely requested exclusion from the Settlement Class.

16. Without affecting the finality of the Judgment, the Court reserves jurisdiction over the implementation, administration and enforcement of this Judgment, the Final Approval Order and the Stipulation, and all matters ancillary thereto.

17. The Parties are hereby authorized without needing further approval from the Court, to agree to and adopt such modifications and expansions of the Stipulation, including without limitation, the forms to be used in the process of distributing settlement payments, which are consistent with this Judgment and do not limit the rights of Settlement Class Members under the Stipulation.

18. For the reasons set forth in the Final Approval Order, the objections to the Stipulation and approval of this settlement are expressly overruled.

19. All other relief not expressly granted to the Settlement Class Members is denied.

20. Within thirty (30) days after all Settlement Awards have been paid to all Settlement Class Members, Plaintiff shall file a compliance report with the Court. The report shall include a declaration from the Settlement Administrator specifying the amounts remaining in the Reserve Fund, if any. Assuming any funds remain, Plaintiff shall also file a request to confirm distribution of any such funds to the identified *cy pres* recipient, the Institute on Aging.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: July 12, 2016          _____
                              Honorable Vince G. Chhabria
                              United States District Judge

93334270\V-4

DENTONS US LLP
SAN DIEGO

4

Case No. 3:14-cv-02727-VC
[PROPOSED] FINAL JUDGMENT AND ORDER APPROVING
CLASS ACTION SETTLEMENT

# EXHIBIT 1

| ClaimID | Patient Name | Responsible Party Name | City | State | Opt Out Date |
|---|---|---|---|---|---|
| ARN-200081632 | LOTTIE LACH | JOANN LACH | HERMOSA BEACH | CA | 05/02/2016 |
| ARN-200049356 | JOYCE BINGHAM | JEAN JONES | PLEASANT HILL | CA | 05/03/2016 |
| ARN-100041027 | JOHN LECHER | self | CAMARILLO | CA | 05/05/2016 |
| ARN-200004182 | MARVIN SMITH | CLINTON PARKS | SCOTTS VALLEY | CA | 05/05/2016 |
| ARN-200015931 | KATHLEEN HULBURD | TRICIA KRAMER & JAMES HULBURD | SAN MATEO | CA | 05/05/2016 |
| ARN-200058940 | LA VEDA GARDNER | MARGARET DAMALAK | COVINA | CA | 05/05/2016 |
| ARN-200000667 | AURELIA RUIZ | SYLVIA & STANLEY FRIEDMAN | LOS GATOS | CA | 05/06/2016 |
| ARN-200017390 | SHARLENE URBAN | JOYCE URBAN | SAN JUAN CAPISTRANO | CA | 05/06/2016 |
| ARN-100000541 | PATRICIA WOOD | self | IRVINE | CA | 05/09/2016 |
| ARN-200052217 | WILLIAM KENNER | CINDI KENNER | SAMMAMISH | WA | 05/09/2016 |
| ARN-200070690 | PAUL NOMURA | CARL NOMURA | LAFAYETTE | CA | 05/09/2016 |
| ARN-100032591 | RUTH LEBAS | self | SAN JOSE | CA | 05/10/2016 |
| ARN-100032699 | HOWARD LEBAS | self | SAN JOSE | CA | 05/10/2016 |
| ARN-200011138 | JUANITA GARCIA | CECILIA GARCIA | SANTA CRUZ | CA | 05/10/2016 |
| ARN-200064363 | JAMES GOLEC | RICHARD GOLEC | LAKE ARROWHEAD | CA | 05/10/2016 |
| ARN-200043277 | ELIZABETH WEDDLE | PENELOPE BLACK | WALNUT CREEK | CA | 05/12/2016 |
| ARN-200070223 | BETTY VAIL | BRIAN VAIL | PARADISE | CA | 05/12/2016 |
| ARN-100087043 | JOHN PATTON HARLESS | self | IRVINE | CA | 05/13/2016 |
| ARN-200068938 | LORRAINE KELLER | MARY RIES | SAN CLEMENTE | CA | 05/13/2016 |
| ARN-200011910 | GARY GROEBLI | CHRISTINE PERRIS | SAN CARLOS | CA | 05/14/2016 |
| ARN-200018809 | IRIS RADER | BRENDA GRAHAM | CHINO | CA | 05/14/2016 |
| ARN-200013041 | BOB FERN | JANE LANGLEY | PACIFIC PALASADES | CA | 05/17/2016 |
| ARN-200001892 | PATRIA CRUZ | FE LANGDON | MOUNTAIN VIEW | CA | 05/19/2016 |
| ARN-200078380 | BEULAH CURRY | CHRIS VAN HOOK | PACIFIC PALASADES | CA | 05/19/2016 |
| ARN-200084216 | STANLEY BINKLEY | ELIZABETH BINKLEY | DAVIS | CA | 05/19/2016 |
| ARN-100082890 | EDNA LOUISE PERDUE | THOMAS ROBINSON | PEORIA | AZ | 05/20/2016 |
| ARN-200027808 | CECILIA VILLARROEL | LUCIA MONTANO | IRVINE | CA | 05/20/2016 |
| ARN-100044689 | EMMANUEL PETERSEN | KATHLEEN PETERSEN | FAIR OAKS | CA | 05/23/2016 |
| ARN-100124259 | ROSALIE STEWART | self | SAN JUAN CAPISTRANO | CA | 05/23/2016 |
| ARN-200062913 | JOYCE ROY | BARBARA LESNESKI & SUZANNE RUIZ | SAN CLEMENTE | CA | 05/23/2016 |
| ARN-100093515 | RACHEL MONCHARSH | LOTTIE MONCHARSH | SUNNYVALE | CA | 05/24/2016 |
| ARN-200058762 (ARN-100054331) | VERNA COLLIER | ANN HANDLER | PACIFIC PALASADES | CA | 05/26/2016 |
| ARN-200072811 | MICHAEL VREVICH | NICHOLAS VREVICH | KENOSHA | WI | 05/27/2016 |
| ARN-200075314 | ELAINE HELBOCK | COLETTE HELBOCK | LOS ANGELES | CA | 05/30/2016 |
| ARN-200013025 | LILLIAN GUTNER | KAREN BLONZ | KENSINGTON | CA | 05/31/2016 |
| ARN-200018990 | ELIZABETH HEATON | JOSEPH HEATON | WILTON | CA | 05/31/2016 |
| ARN-200028200 | JOHN ROSS | ELIZABETH ROSS | LOS ALTOS | CA | 05/31/2016 |
| ARN-200045628 | ALMA KING | SHARON BARRIER | IRVINE | CA | 05/31/2016 |
| ARN-200048562 | ROLAND VANVALKENBURGH | MARILYN SPAUN | GLENDORA | CA | 05/31/2016 |
| ARN-200074628 | KAY ROWE | HEATHER QUINLAN | WINCHESTER | CA | 05/31/2016 |
| ARN-200079646 (ARN-100086039) | ARRAH WOLFE | ELAINE HASBROOK | LAFAYETTE | CA | 05/31/2016 |
| ARN-200071904 (ARN-100074103) | BETTY SMITH | JANET MCALLISTER | MILL VALLEY | CA | 06/01/2016 |
| ARN-100026834 | MARY MACDONALD | JAMES MACDONALD | DAVIS | CA | 06/03/2016 |